Heather Kendall-Miller
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Fax: (907) 276-2466

Attorney for Intervenors

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -2 PM 4: 22

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ALASKA CHAPTER OF SAFARI CLUB INTERNATIONAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MITCH DEMIENTIEFF, Chairman, FEDERAL SUBSISTENCE BOARD, *et al.* <br> Defendants, <br><br> and <br><br> NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et. al.*, <br><br> Intervenors. | Case No. A98-0414 CV (HRH) <br><br> UNOPPOSED MOTION FOR EXTENSION OF TIME |

Intervenors Native Village of Venetie Tribal Government *et. al.*, respectfully move the court for an order granting them an extension of time from December 14th, 2005, to and including December, 23rd, 2005, in which to file their Joint Reply to Plaintiffs' and Defendants' Opposition to Intervenors' Amended Cross-Claim on Motion for Summary Judgment.

In support of the above motion Intervenors show:

1. Pursuant to the Order (Docket Entry No. 262) filed November 2nd, 2005, Intervenors are to file and serve their Joint Reply to Plaintiffs' and Defendants' Opposition to the Memorandum in Support of Intervenors' Amended Cross-Claim on Motion for Summary Judgment (Docket Entry No. 258) by December 14th, 2005.

2. Due to the sudden press of other matters before the Alaska Supreme and Superior Courts, counsel for Intervenors will be unable to prepare and file their reply brief within the time provided.

3. Counsel has been authorized to state that neither plaintiffs nor defendants oppose this motion for an extension of time.

Dated this 2nd day of December, 2005.

**FILED**
DEC 0 5 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

_____
HEATHER KENDALL-MILLER
Attorney for Intervenors

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof.
CLERK OF COURT
Date: 12-5-05 By: Tam Richter
Deputy Clerk

**Certificate of Service**

I HEREBY CERTIFY that on the 2nd day of December, 2005, a true and correct copy of the foregoing Intervenors' Motion for Extension of Time together with a proposed Order was served by United States mail, first class, postage paid, to the following:

Dean Dunsmore
Department of Justice
801 B Street, Suite 504
Anchorage, AK 99501-3657

Brent Cole
MARSTON & COLE
745 West Fourth Avenue, Suite 502
Anchorage, AK 99501

Anna M. Seidman
2087 Kedge Drive
Vienna, VA 22181

_____
Vince Pangan
Legal Administrative Assistant

*Safari Club v. Demientieff*,
A98-0414-CV(HRH)                    -2-                    Motion for Extension of Time

A98-0414--CV (HRH)
---------------------  12-5-05
✓ B. COLE (MARSTON)
✓ H. KENDALL-MILLER
  D. DUNSMORE (AUSA)