Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Tel: (907) 276-0680
Fax (907) 276-2466
Email: Kendall@narf.org

Attorney for Intervenors

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ALASKA CHAPTER OF SAFARI CLUB INTERNATIONAL, *et al.*,<br><br>          Plaintiffs,<br><br>  v.<br><br>MITCH DEMIENTIEFF, Chairman, FEDERAL SUBSISTENCE BOARD, *et al.*<br>          Defendants,<br><br>  and<br><br>NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et. al.*,<br><br>          Intervenors. | Case No. A98-0414 CV (HRH)<br><br>**NOTICE OF PERTINENT INFORMATION SUPPLEMENTING INTERVENORS' MEMORANDUM IN SUPPORT OF INTERVENORS' AMENDED CROSS-CLAIM** |

PLEASE TAKE NOTICE that the attached Exhibit is submitted as supplemental

pertinent information pursuant to Rule 56, Fed. Rules of Civ. Proc., which permits the Court to

consider any otherwise admissible evidentiary material filed in support of or in opposition to any

*Safari Club v. Demientieff*                         Notice of Pertinent Information Supplementing
No. A98-0414-CV (HRH) (D. Alaska)       Intervenors' Mem.in Support of Intervenors'
                                                       Amended Cross-Claim

pending motion for summary judgment. Such materials may include "anything of which the court may properly take judicial notice." Backer-McKee Janssen Corr, Federal Civil Rules Handbook, *see*, "Author's Commentary on Rule 56," p. 912 (Thompson West 2006).

      This Exhibit is also being filed pursuant to L.R. 7.1 as supplemental information that pertains to the arguments set out on pages 9, 21, 22, 29 of Intervenor's Memorandum in Support of Intervenor's Cross-Claim, (Dkt. No. 258), and pages 2 - 9 of Intervenors' Joint Reply to Plaintiffs' and Defendants" Opposition (Dkt. No. 266). The referenced Exhibit is public information that became available upon distribution of the Southcentral Alaska Subsistence Regional Advisory Council Wildlife Meeting Materials for the March 14-16, 2006 meeting.

DATED this 15th day of March 2006

                                                       Respectfully submitted,

                                            s/s Heather R. Kendall Miller
                                            Heather R. Kendall Miller
                                            NATIVE AMERICAN RIGHTS FUND
                                            420 L Street, Suite 505
                                            Anchorage, Alaska 99501
                                            Tel: (907) 276-0680
                                            Fax (907) 276-2466
                                            Email: Kendall@narf.org

Certificate of Service

The undersigned hereby certifies that on **March 15, 2006,** a true and correct copy of the foregoing **NOTICE OF PERTINENT INFORMATION SUPPLEMENTING INTERVENORS' MEMORANDUM IN SUPPORT OF INTERVENORS' AMENDED CROSS-CLAIM** was sent electronically upon Dean Dunsmore, Department of Justice; Brent Cold, Marston & Cole; and Anna M. Seidman.

*Safari Club v. Demientieff*                              Notice of Pertinent Information Supplementing
No. A98-0414-CV (HRH) (D. Alaska)          Intervenors' Mem.in Support of Intervenors'
                                                          Amended Cross-Claim