# SOUTHCENTRAL ALASKA
# Subsistence
# Regional Advisory Council



*Heather Dugas, Age 16*
*Glennallen High School, Glennallen*
*2006 Art Contest Entry*

## Wildlife Meeting Materials
March 14-16, 2006
Anchorage

EXHIBIT

907 822 3495    Line 1AHTNA                                    10:01:34 a.m.   03-10-2006    5/5

*Roster*

## REGION 2-Southcentral Alaska Subsistence Regional Advisory Council

| Seat | Term Expires | Member Name | City | Designation |
|---|---|---|---|---|
| 1 | 2007 | Robert Churchill | Anchorage | Commercial/Sport |
| 2 | 2007 | Pete A. Kompkoff Jr. | Chenega Bay | Subsistence |
| 3 | 2007 | Doug Blossom | Clam Gulch | Commercial/Sport |
| 4 | 2007 | Greg Encelewski | Ninilchik | Subsistence |
| 5 | 2008 | Gilbert Dementi | Cantwell | Subsistence |
| 6 | 2005 | Vacant | | Subsistence |
| 7 | 2005 | Vacant | | Subsistence |
| 8 | 2008 | Gloria Stickwan | Tazlina | Subsistence |
| 9 | 2008 | Dean L. Wilson, Jr. | Kenny Lake | Commercial/Sport |
| 10 | 2006 | James Showalter | Sterling | Subsistence |
| 11 | 2006 | Ralph Lohse | McCarthy | Subsistence |
| 12 | 2006 | Tom Carpenter | Cordova | Commercial/Sport |
| 13 | 2006 | Harley B. McMahan | Gakona | Commercial/Sport |

EXHIBIT