# EXHIBIT "B"

Case 3:98-cv-00414-HRH    Document 271-3    Filed 06/19/2006    Page 1 of 3

```
00450
 1                 Mr. Chairman, they discussed this at
 2   length.  This is the Council composition, so I'll read this
 3   in to the record.
 4
 5                 CHAIRMAN SAM:  Yeah I just want to state
 6   for the record that all -- probably all other Regional
 7   Councils are of different composition where they have urban
 8   versus rural.  We do not have a urban versus rural.  I just
 9   want that noted in to the record and that why.  Okay.
10
11                 MR. MATHEWS:  Okay.  Mr. Chairman, I'll do
12   this as quickly as I can, but I have a faint feeling you're
13   going to want to hear what they say.  This is from Eastern
14   Interior Resolution 04-01.  It says:
15
16                 Whereas, the timing of the proposed rule
17   making and final rule is being conducted after the winter
18   meeting and before the fall meeting of the Regional
19   Advisory Councils.
20
21                 Whereas, Regional Advisory Councils
22   currently only meet twice per year and most subsistence
23   activities happen during spring, summer, and fall between
24   the twice yearly meetings.
25
26                 Whereas, the timing of the rule making does
27   not take in to consideration the ability for most
28   subsistence users or Regional Advisory Councils to make
29   comments.
30
31                 Whereas, the Regional Advisory Council
32   previously requested the opportunity to review the draft
33   proposal before publication.
34
35                 Whereas this ruling will affect all
36   Regional Advisory Councils, and
37
38                 Whereas, Subpart D section 11(a) of
39   subsistence management of public lands in Alaska states,
40   The Regional Councils shall provide for public
41   participation in the Federal regulatory process.  By not
42   providing an opportunity for the Regional Councils to
43   address this proposed rule, in a public forum, this
44   function of the Regional Advisory Council is being
45   circumvented, and
46
47                 Whereas, we do not challenge the 70/30
48   composition representation of the users on the Council.
49   However we disagree that each Council applicant must choose
50   only one user group to represent.
```

```
00451
 1                    Whereas, the current requirement for the
 2  applicant to select either commercial/sport or subsistence
 3  does not recognize the diversified experience of the
 4  subsistence users in Alaska.
 5
 6                    Whereas, many applicants may be recognized
 7  as diverse users of the resource within their region.
 8
 9                    Therefore, we are requesting the Federal
10  Subsistence Board provide an opportunity for the Regional
11  Advisory Councils to address and comment on the proposed
12  rule in a public forum during the comment period, and
13
14                    Therefore, we request that applicants be
15  able to provide a percentage breakdown of their activity
16  and type of user group, and
17
18                    Therefore, the 70/30 composition should be
19  achieved by combining the percentages of each Council
20  applicant ratings and that this composition rating shall be
21  considered towards meeting the requirements of the
22  composition so as to ensure a diverse and balanced Council.
23
24                    And that was anonymously passed at the
25  Beaver meeting.  So basically in a nutshell they're asking
26  for either additional time or additional meeting to take up
27  this.  They took it as a core part of their processes of
28  who gets selected and in addition they want to use a
29  percentage that they said like some of them said well I'm
30  50 percent commercial and 50 percent subsistence that, that
31  percentage would be used then to get to the 70/30 split.
32
33                    Thank you, Mr. Chair.
34
35                    MR. WALKER:  Mr. Chair.
36
37                    CHAIRMAN SAM:  Robert.
38
39                    MR. WALKER:  Thank you, Chair.  Vince here
40  they did this January 4th here.  They're really way in
41  front of us here.  You know maybe we should do something
42  similar to this also just to be up to speed.  Jack you know
43  that would be a good something that we step in to.
44
45                    CHAIRMAN SAM:  Jack.
46
47                    MR. REAKOFF:  I think this is a real good
48  idea.  This would accommodate -- we have some commercial
49  fisheries on this Board that a percentage of their use
50  would be considered commercial.  Right now we have we're
```