**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

SAFARI CLUB INTERNATIONAL      v.   DEMIENTIEFF, et al.

THE HONORABLE H. RUSSEL HOLLAND      CASE NO.  3:98cv0414-HRH

    Deputy Clerk                        Official Recorder

    _____              _____

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The court invites plaintiffs and intervenors to serve and file a response to defendants' motion for reconsideration,[1] which the court intends to treat as a Rule 60(b) motion.

---

[1] Clerk's Docket No.270.

- 1 -