UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAFARI CLUB INTERNATIONAL, et al.,
    Plaintiffs,

v.

Case Number 3:98-cv-00414 HRH

MITCH DEMIENTIEFF, Chairman, Federal Subsistence Board, et al.,
    Defendants,

**JUDGMENT IN A CIVIL CASE**

and

NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, et al.,
    Defendant-Intervenors.

\_  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT judgment is entered in favor of intervenors and against defendants as follows:

> The court declares that the final rule imposing a 70/30 membership structure for the regional advisory councils is void because defendants have failed to engage in a considered analysis of the relevant factors and to articulate their rationale for the choices they made in adopting the final rule. Defendant's and all others acting in concert with them are enjoined and restrained from further implementation of the 70/30 final rule and regional advisory council charter

[398cv414HRH-Judgment.wpd]{JMT2.WPT*Rev.3/03}

provisions based thereon. Defendants shall promptly undertake the initiation of adequate rule-making proceedings for purposes of reconsidering membership qualifications for regional advisory councils. Defendants shall promptly undertake the adoption and implementation of an appropriate regional advisory council membership regulation consistent with FACA and ANILCA.

The court retains jurisdiction over the amended complaint in intervention. Further proceedings in this case are stayed pending rule-making by the defendants as prescribed by the foregoing judgment. At any time and for any appropriate reason, any party may petition to have these proceedings reopened.

APPROVED:

**REDACTED SIGNATURE**

H. RUSSEL HOLLAND
United States District Judge

Date: 6/19/06

NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.

IDA ROMACK
Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}

2