DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Tel: (907)271-5452
Fax: (907)271-5827
Email: dean.dunsmore@usdoj.gov
Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ALASKA CHAPTER OF SAFARI CLUB INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MITCH DEMIENTIEFF, Chairman, FEDERAL SUBSISTENCE BOARD, et al.,<br><br>Defendants. | Case No. 3:98-cv-00414-HRH |

DEFENDANTS' CORRECTED MOTION FOR RECONSIDERATION OF ORDER OF

FROM CHAMBERS FILED JUNE 19, 2006 (DOCKET ENTRY NO. 272)

Pursuant to D. Ak. LR 59.1 defendants Mitch Demientieff, Chairman, Federal Subsistence Board et al. move the court to reconsider the Order From Chambers (Docket Entry No. 272) filed June 19, 2006, on the grounds that this order is contrary to the established law of this Circuit.

On June 12, 2006, this Court entered an Order (Motion for Summary Judgment)(Docket Entry No. 269). That order granted intervenors' motion for summary judgment and directed entry of a judgment. On June 16, 2006, defendants filed a motion for reconsideration (Docket Entry No. 270) of that order. Defendants' Motion for Reconsideration of Order Filed June 12, 2006 (Docket Entry No. 269). The Court in its Order From Chambers (Docket Entry No. 272) stated that the Court "intends to treat" that motion as a "Rule 60(b) motion."

Motions for reconsideration of orders granting summary judgment are, however, to be treated as motions filed pursuant to Rule 59 of the Federal Rules of Civil Procedure. *Hoffman v. General Motors Acceptance Corp.*, 814 F.2d 1385, 1387 (9th Cir. 1987): "District courts should treat motions seeking reconsideration of dismissal or summary judgment as Rule 59(e) motions, whether or not they cite the rule." *Accord Tripati v. Henman*, 845 F.2d 205, 206 n. 1 (9th Cir. 1988); *Stephenson v. Calpine Conifers II, Ltd.* 652 F.2d 808, 811 (9th Cir. 1981), *overruled on other grounds*, *Washington Public Power Supply Systems Securities litigation v. Houghton,*

*Cluck, Coughlin & Riley*, 823 F.2d 1349 (9th Cir. 1987).

Further, even if the Court's order of June 12, 2006, were not a ruling on a motion for summary judgment, defendants' motion for reconsideration was filed within ten days of that order. For that reason too, defendants' motion (Docket Entry No. 270) should be treated as a motion filed under Rule 59, and not under Rule 60(b). *Shapiro v. Paradise Valley Unified School District No. 69*, 374 F.3d. 857, 863 (9th Cir. 2004).

Therefore, the Court should reconsider its Order From Chambers (Docket Entry No. 272) filed June 19, 2006, and treat Defendants' Motion for Reconsideration of Order Filed June 12, 2006 (Docket Entry No. 269) filed on June 16, 2006, as filed pursuant to Rule 59 of the Federal Rules of Civil Procedure.

DATED this 22nd day of June 2006.

>/s/ Dean K. Dusnmore
>DEAN K. DUNSMORE
>DEPARTMENT OF JUSTICE
>Environment & Natural Resources Division
>801 B Street, Suite 504
>Anchorage, Alaska 99501-3657
>Telephone:(907)271-5452
>Facsimile: (907)271-5827
>Email: dean.dunsmore@usdoj.gov

```
                    CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 22nd day of June 2006 a copy of
the foregoing
```
**DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER FROM CHAMBERS FILED JUNE 19, 2006 (DOCKET ENTRY No. 272)** was served electronically on:

Brent R. Cole
Anna M. Seidman
Heather Kendall-Miller
Carol H. Daniel


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
Attorney for Defendants