DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Tel: (907)271-5452
Fax: (907)271-5827
Email: dean.dunsmore@usdoj.gov
Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ALASKA CHAPTER OF SAFARI CLUB INTERNATIONAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MITCH DEMIENTIEFF, Chairman, FEDERAL SUBSISTENCE BOARD, et al., <br><br> Defendants. | Case No. 3:98-cv-00414-HRH <br><br><br><br><br> DEFENDANTS' MOTION TO AMEND JUDGMENT - FEDERAL RULE OF CIVIL PROCEDURE 59 |

Pursuant to Fed. R. Civ. P. 59, defendants Mitch Demientieff, Chairman, Federal Subsistence Board et al. move to amend the Judgment in a Civil Case (Docket Entry No. 273) filed June 20, 2006, so as to vacate that judgment and enter judgment for the defendants. Said Judgment in a Civil Case is contrary to law and

was improperly entered. Alternatively, defendants seek modification and clarification of that judgment.

DATED this 28th day of June 2006.

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of June 2006 a copy of the foregoing **DEFENDANTS' MOTION TO AMEND JUDGMENT - FEDERAL RULE OF CIVIL PROCEDURE 59** was served electronically on:

Brent R. Cole
Anna M. Seidman
Heather Kendall-Miller
Carol H. Daniel


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
Attorney for Defendants