# DECLARATION OF PETER PROBASCO

1. My name is Peter Probasco. I am currently the Acting Assistant Regional Director for Subsistence for the U.S. Fish and Wildlife Service, Anchorage. Prior to that, I was the Deputy Assistant Regional Director for Subsistence for two and a half years.

2. I am submitting this declaration in connection with the matter of Safari Club International et al. v. Mitch Demientieff et al., Case No. 3:98-CV-00414-HRH. I have personal knowledge of the matters to which I am attesting below.

3. My duties include the administrative oversight of the Federal Subsistence Program.

4. Based on my personal knowledge, I hereby attest and affirm that the Office of Subsistence Management is currently in the final stages of evaluating nomination packets for individuals wishing to fill vacant and soon-to-be vacated seats on various Regional Advisory Councils. Approximately one-third of the seats become open every year, with the Council member's appointments expiring on December 2nd of each year.

5. The Office of Subsistence Management is also soliciting applications in response to a proposal to form a new Regional Advisory Council on the Kenai Peninsula. If the Secretaries decide to act affirmatively on this proposal, the goal is have a list of qualified applicants ready so as to fill the new seats as quickly as possible. The nominations process for the proposed Council is separate and distinct from the annual nominations review process currently underway.

6. The current annual nominations review process began in October, 2005, when notices were published in newspapers around the State inviting individuals representing subsistence, commercial and sport interests to submit applications to the Office of Subsistence Management for appointment to their respective Councils.

7. After the application period closed in January 2006, Interagency Nominations Panels spent several months reviewing the applications, interviewing the applicants, and ranking them for consideration by the Federal Subsistence Board. There is one Panel for each region, and each Panel member is a Federal employee who has been given specialized training.

8. In accordance with the Final Rule published in the Federal Register on October 14, 2004, 69 FR 60957, applicants for subsistence seats are evaluated and ranked separately from applicants for commercial and sport seats.



EXHIBIT 1
Page 1 of 2

9. Once the panels completed their work, their recommendations and rankings were forwarded to the Interagency Staff Committee for consideration and the development of Staff Committee recommendations to the Federal Subsistence Board. The Staff Committee held its meeting for this purpose on Tuesday, May 23, 2006.

10. Both the panel rankings and recommendations and the Staff Committee recommendations are forwarded to the Federal Subsistence Board for consideration. The Board holds a closed session to review the nominations packet and develop final recommendations, which are then forwarded to the Secretaries of the Interior and Agriculture. This meeting was scheduled for Thursday, June 15th, but it was postponed when the Court's Order of June 12th was received.

11. Typically, it takes the Secretaries two to three months from the time they receive the nominations packet and the Board recommendations to appoint new Council members.

12. Because the subsistence applicants have been ranked separately from the commercial/sport applicants, it is not possible to blend the two pools of applicants together in a fair and equitable manner. Rather, if the program is to no longer distinguish between subsistence representatives and commercial/sport representatives, it would be necessary to re-convene the Interagency Nominations Panels and start the lengthy evaluation process once again.

13. If such an action is necessary, it will likely disrupt the cycle of appointments and leave several Councils with a high proportion of unfilled seats in December. It also has the potential to cause certain Councils to become out-of-balance in violation of the Federal Advisory Committee Act.

Further declarant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on June 27, 2006.

_____
Peter Probasco

EXHIBIT 1
Page 2 of 2