**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

SAFARI CLUB INTERNATIONAL     v.   DEMIENTIEFF, et al.

THE HONORABLE H. RUSSEL HOLLAND     CASE NO. 3:98cv0414-HRH

    Deputy Clerk                        Official Recorder

    _____             _____

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

      Defendants' motion for reconsideration[1] is denied for two reasons. One, the relief that defendants seek in their first motion for reconsideration is available under either Rule 59(e) or Rule 60(b). And two, defendants have now filed a separate Rule 59 motion that raises the same issue (plus other issues) that they raised in their first motion for reconsideration. One way or another, the issue that defendants would have the court reconsider will be considered.

---

[1] Clerk's Docket No. 275.