## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

SAFARI CLUB INTERNATIONAL        v.   DEMIENTIEFF, et al.

THE HONORABLE H. RUSSEL HOLLAND       CASE NO. 3:98cv0414-HRH

    Deputy Clerk                          Official Recorder

    _____               _____

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

       The court invites defendants and intervenors to serve and file a response to plaintiffs' motion for reconsideration[1] on or before ten days from the date of entry of this order.

---

[1] Clerk's Docket No. 271.