Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 "L" Street, Suite 505
Anchorage, Alaska 99501-3657
Tel: (907) 276-0680
Fax: (907) 276-2466
Email: kendall@narf.org

Attorney for Intervenors

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MITCH DEMIENTIEFF, Chairman, ) <br> Federal Subsistence Board, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> NATIVE VILLAGE OF VENETIE TRIBAL ) <br> GOVERNMENT, *et al.* ) <br> ) <br> Defendant-Intervenors. ) <br> _____) | No. A98-0414-CV (HRH) <br> Filed Electronically |

MOTION TO STRIKE DEFENDANTS' REPLY BRIEF (DKT. NO 285) AS PROHIBITED
UNDER LOCAL RULE 59.1

On July 10, 2006, Defendants filed with this Court a nine (9) page *Reply In Support Of Defendants' Motion For Reconsideration Of Order Filed June 12, 2006 (DOCKET ENTRY NO. 269)*. Much of Defendants' *Reply* repeats arguments made in *Defendants' Motion for*

*Reconsideration* under Local Rule 59.1 of the Court's decision to treat Defendants' unspecified July 16, 2006 motion as one arising under Fed. R. Civ. P. 60(b), instead of Fed. R. Civ. P. 59. *See*, pgs. 1 - 2, Dkt. Nos. 274 & 275 ("Corrected" version). Defendants' Local Rule 59.1 *Motion* was denied by this Court by Order of July 7, 2006 (Dkt. No. 282). The remainder of Defendants' *Reply* reargues points previously made (in its three (3) prior pleadings for reconsideration filed to date ) concerning this Court's proper interpretation of the applicable law governing actions brought under the Administrative Procedures Act (APA), 5 U.S.C. § 553. Defs. Reply at 2 - 3.

Defendants' *Reply* is not only duplicitous, it is in violation of Local Rule 59.1(d)(2). Under Local Rule 59.1(d)(2) no reply may be filed unless requested by the Court. *See*, *Professional Programs Group v. Dep't of Commerce*, 29 F.3d 1349, 1353 (1994) ( "Local rules have the 'force of law' and are binding upon the parties and upon the court") (quoting *Martel v. County of Los Angeles*, 21 F.3d 940, 946-47 (9th Cir. 1994); *see also*, *Marshall v. Gates*, 44 F.3d 722, 724 (9th Cir. 1995) ("Local rules are 'laws of the United States.'") (quoting *United States v. Hvass*, 355 U.S. 570, 575 (1958)). Moreover, Local Rule 59.1 limits the length of any motion for reconsideration or opposition to five (5) pages. Defendants have violated Local Rule 59.1 by filing an over length reply without obtaining prior permission from this Court. Accordingly, Intervenors respectfully request that Defendants' *Reply* be struck in its entirety. *See, King County v. Rasmussen*, 299 F.3d 1077 (9th Cir. 2002) (upholding district court's grant of motion to strike over-length motions under local rule).

Safari Club, *et al.* v. Demientieff, *et al.*   Motion To Strike Defendants' Reply Brief (Dkt. No. 285)
A98-0414-CV (HRH)

2

Respectfully submitted this 12th day of July 2006.

/s/ Heather Kendall Miller
Heather R. Kendall-Miller (AK Bar # 9211084)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Tel:  (907) 276-0680
Fax:  (907) 276-2466
Email: kendall@narf.org

Attorney for Defendant-Intervenors

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2006, a copy of foregoing Intervenors' MOTION TO STRIKE DEFENDANTS' REPLY BRIEF (DKT. NO 285) AS PROHIBITED UNDER LOCAL RULE 59.1 was served electronically on

Dean K. Dunsmore
Brent R. Cole
Anna M. Seidman
Carol H. Daniel

/s/ Heather Kendall Miller

Safari Club, *et al.* v. Demientieff, *et al.*   Motion To Strike Defendants' Reply Brief (Dkt. No. 285)
A98-0414-CV (HRH)

3