IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ALASKA CHAPTER OF SAFARI CLUB INTERNATIONAL, *et al.*, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. A98-414 CV(HRH) |
| MITCH DEMIENTIEFF, Chairman, FEDERAL SUBSISTENCE BOARD, *et al.* ) ) ) | **ORDER** **(Proposed)** |
| Defendants, ) ) | |
| and ) ) | |
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et. al.*, ) ) ) | |

IT IS HEREBY ORDERED that Intervenors' MOTION TO STRIKE DEFENDANTS' REPLY BRIEF (DKT. NO 284) AS PROHIBITED UNDER LOCAL RULE 59.1, is granted.

DATED:

———————————————————
H. RUSSEL HOLLAND
UNITED STATES DISTRICT COURT JUDGE