Brent R. Cole, Esq.
MARSTON & COLE, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, AK  99501

Anna M. Seidman, Esq.
SAFARI CLUB INTERNATIONAL
501 2nd Street, N.E.
Washington, D.C.  20002
202-543-8733
aseidman@sci-dc.org

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ALASKA CHAPTER OF SAFARI CLUB INTERNATIONAL, ALASKA'S KENAI PENINSULA CHAPTER OF SAFARI CLUB INTERNATIONAL, KENAI PENINSULA OUTDOORS COALITION, JERRY JACQUES, and GLENN HUNTER,<br><br>     Plaintiffs,<br><br>  v.<br><br>MITCH DEMIENTIEFF, Chairman, FEDERAL SUBSISTENCE BOARD, BRUCE BABBITT, Secretary of the Interior, DAN GLICKMAN, Secretary of Agriculture, [each in his official capacity]<br><br>     Defendants,<br><br>NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, GIDEON JAMES, NINILCHIK TRADITIONAL COUNCIL, and NUNAM IQUA TRADITIONAL COUNCIL,<br><br>     Defendant-Intervenor and Cross-Claimants. | Case No. A98-414 CV(HRH) |

# NOTICE OF CHANGE OF ADDRESS
# FOR RICHARD M. PARSONS,

Plaintiffs hereby give notice, in accordance with D.Ak. LR 11.1, that counsel for Plaintiffs, Richard M. Parsons, has changed his address and telephone number. He is now located at:

> Safari Club International
> 501 2nd Street NE
> Washington, D.C. 20002
> Tel. 202-543-8733
> Fax. 202-543-1205
> rparsons@sci-dc.org

DATED this 13th day of July, 2006, at Anchorage, Alaska.

> MARSTON & COLE, P.C.
> Attorneys for Plaintiffs
>
>
> By:__s/_____
> Brent R. Cole, Esq.
> 745 West Fourth Ave., Suite 502
> Anchorage, AK 99501
> (907) 277-8001
> (907) 277-8002
> cole@pobox.alaska.net
>
> AK Bar No. 8606074

Notice of Change of Address for Richard M. Parsons, Esq.
Safari Club International et. al v. Demientieff et. al. v. Venetie et. al., Case No. A98-414 (HRH)
Page 2 of 2