DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Tel: (907)271-5452
Fax: (907)271-5827
Email: dean.dunsmore@usdoj.gov
Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ALASKA CHAPTER OF SAFARI CLUB INTERNATIONAL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MITCH DEMIENTIEFF, Chairman, FEDERAL SUBSISTENCE BOARD, et al.,<br><br>Defendants. | Case No. 3:98-cv-00414-HRH<br><br>DEFENDANTS' OPPOSITION TO MOTION TO STRIKE |

  Defendants Mitch Demientieff, Chairman, Federal Subsistence Board et al. respond herein in opposition to intervenors' Motion to Strike Defendants' Reply Brief (Dkt. No. 285) As Prohibited Under Local Rule 59.1.

  Intervenors contend that defendants' Reply in Support of Defendants' Motion for Reconsideration of Order Filed June 12, 2006, filed on July 12, 2006 (Docket Entry No. 285) should be stricken because it is not authorized by D. Ak. LR 59.1, and even

Safari Club Int'l et al. v. Demientieff, et al.
Case No. 3:98-cv-00414-HRH
Opposition to Motion to Strike        -1-

if permitted, should be subject to the five page limit used in Local Rule 59.1. Intervenors are in error. Local Rule 59.1 is not applicable to defendants' motion.

The court has determined that it will treat Defendants' Motion for Reconsideration of Order Filed June 12, 2006 (Docket Entry No. 269) filed on June 16, 2006 (Docket Entry No. 270) as a motion filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Order From Chambers (Docket Entry No. 272) filed June 19, 2006, *reconsideration denied*, Order From Chambers (Docket Entry No. 282) filed July 7, 2006. A rule 60 motion is a motion to amend a final judgment, and not a motion for reconsideration. On its face, Local Rule 59.1 does not apply to final judgments.[1]/

Further, treating Local Rule 59.1 as applicable to Rule 60 motions would be contrary to and in conflict with Fed. R. Civ. P. 60. Local Rule 59.1 motions must be filed no later "than five (5) days after entry of the order." D. Ak. LR 59.1(b)(1). A Rule 60 may be filed well after this five day deadline, even more than a year after entry of a judgment. Fed. R. Civ. P. 60(b). The court may not create local rules that are inconsistent with the Federal

---

[1]/  Technically, the court's order of June 12, 2006 (Docket Entry No. 269) was not a judgment, but only at pages 29-30 directed the clerk of court to enter the judgment specified by the court. Therefore, defendants' motion for reconsideration would not be Rule 60 motion. However, it would be, as defendants have contended, a motion filed under Federal Rule 59. Local Rule 59.1 is not applicable to Rule 59 motions.

Safari Club Int'l et al. v. Demientieff, et al.
Case No. 3:98-cv-00414-HRH
Opposition to Motion to Strike         -2-

Rules of Civil Procedure. Fed. R. Civ. P. 83(a)(1).

Defendants' motion is, therefore, governed by D. Ak. LR 7.1. Under Rule 7.1 defendants may properly file a reply brief. D. Ak. LR. 7.1(b). That reply brief is limited to twenty-five pages, not five pages. D. Ak. LR 10.(l). As defendants' reply is only seven pages, it is clearly not over-length.

Even if defendants' underlying motion for reconsideration were governed by Local Rule 59.1, the court should exercise its discretion and permit the filing of defendants' Reply in Support of Defendants' Motion for Reconsideration of Order Filed June 12, 2006. In responding to defendants' motion, plaintiffs raised an issue not presented in defendants' original motion: whether the 70/30% representational final rule challenged by intervenors should be voided or not. Defendants should be permitted to address this new issue.

Accordingly, intervenors' motion to strike should be denied.

DATED this 13th day of July, 2006.

>                /s/ Dean K. Dusnmore
>                DEAN K. DUNSMORE
>                DEPARTMENT OF JUSTICE
>                Environment & Natural Resources Division
>                801 B Street, Suite 504
>                Anchorage, Alaska 99501-3657
>                Telephone:(907)271-5452
>                Facsimile: (907)271-5827
>                Email: dean.dunsmore@usdoj.gov
>
>                Attorney for Defendants

Safari Club Int'l et al. v. Demientieff, et al.
Case No. 3:98-cv-00414-HRH
Opposition to Motion to Strike            -3-

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 13th day of July, 2006 a copy of the foregoing **DEFENDANTS' OPPOSITION TO MOTION TO STRIKE** and accompanying proposed **Order** were served electronically on:

Brent R. Cole
Anna M. Seidman
Heather Kendall-Miller
Carol H. Daniel

and by United States mail, first class, postage paid, to the following counsel of record:

Richard M. Parsons

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE

Safari Club Int'l et al. v. Demientieff, et al.
Case No. 3:98-cv-00414-HRH
Opposition to Motion to Strike       -4-