DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ALASKA CHAPTER OF SAFARI CLUB INTERNATIONAL, ALASKA'S KENAI PENINSULA CHAPTER OF SAFARI CLUB INTERNATIONAL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MITCH DEMIENTIEFF, Chairman, FEDERAL SUBSISTENCE BOARD, et al.<br><br>Defendants. | Case No. A98-0414-CV (HRH)<br><br>(PROPOSED) ORDER |

IT IS HEREBY ORDERED that the Motion to Strike Defendants' Reply Brief (Dkt. No. 285) As Prohibited Under Local Rule 59.1,[1]/ is denied. Motions filed under Fed. R. Civ. P. 60 are not governed by D. Ak. LR. 59.1.

DATED this ____ day of _____.

_____
H. RUSSEL HOLLAND
United States District Judge

---

[1]/    Docket Entry No. 286.

-1-