Brent R. Cole, Esq.
MARSTON & COLE, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, AK 99501

Anna M. Seidman, Esq.
SAFARI CLUB INTERNATIONAL
501 2nd Street, N.E.
Washington, D.C. 20002
202-543-8733
aseidman@sci-dc.org

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ALASKA CHAPTER OF SAFARI CLUB INTERNATIONAL, ALASKA'S KENAI PENINSULA CHAPTER OF SAFARI CLUB INTERNATIONAL, KENAI PENINSULA OUTDOORS COALITION, JERRY JACQUES, and GLENN HUNTER, <br><br> Plaintiffs, <br> v. <br><br> MITCH DEMIENTIEFF, Chairman, FEDERAL SUBSISTENCE BOARD, BRUCE BABBITT, Secretary of the Interior, DAN GLICKMAN, Secretary of Agriculture, [each in his official capacity] <br><br> Defendants, <br><br> NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, GIDEON JAMES, NINILCHIK TRADITIONAL COUNCIL, and NUNAM IQUA TRADITIONAL COUNCIL, <br><br> Defendant-Intervenor and Cross-Claimants. | Case No. A98-414 CV(HRH) <br><br><br><br> NOTICE OF CORRECTED SIGNATURE PAGE/ CERTIFICATE OF SERVICE [DOCKET ANNOTATION 289] |

**NOTICE OF CORRECTED SIGNATURE PAGE/
CERTIFICATE OF SERVICE [DOCKET ANNOTATION 289] TO
PLAINTIFFS' PARTIAL OPPOSITION TO DEFENDANTS' MOTION TO
AMEND JUDGMENT**

Plaintiffs, by and through counsel, Marston & Cole, P.C., hereby submits their corrected page 8 to Plaintiffs' Partial Opposition to Defendants' Motion to Amend Judgment as requested by the court on July 17, 2006.

DATED this 18th day of July, 2006, at Anchorage, Alaska.

        MARSTON & COLE, P.C.
        Attorneys for Plaintiffs

    By: s/ Brent R. Cole, Esq.
        745 West Fourth Ave., Suite 502
        Anchorage, AK 99501
        Phone: (907) 277-8001
        Fax: (907) 277-8002
        Email: cole@pobox.alaska.net
        AK Bar No. 8606074

Notice of Corrected Signature Page/Certificate of Service.
Safari Club International et. al v. Demientieff et. al. v. Venetie et. al., Case No. A98-414 (HRH)
Page 2 of 3

CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2006, a copy of the foregoing Notice of Corrected Signature Page/Certificate of Service was served electronically on : Carol H. Daniel, Dean Dunsmore, Heather Kendall-Miller and Anna M. Seidman, and the following parties were served by regular U.S. mail:

Eric Johnson, Esq.
Association of Village Council Presidents
P.O. Box 219
Bethel, Alaska 99519

Robert C. Erwin, Esq.
Erwin & Erwin, LLC
733 West 4th Avenue, Ste. 302
Anchorage, Alaska 501

Richard M. Parsons
Safari Club International
501 2nd Street NE
Washington, D.C. 20002


By:  s/ Brent R. Cole, Esq.

Notice of Corrected Signature Page/Certificate of Service.
Safari Club International et. al v. Demientieff et. al. v. Venetie et. al., Case No. A98-414 (HRH)
Page 3 of 3