DATED this 17th day of July, 2006, at Anchorage, Alaska.

MARSTON & COLE, P.C.
Attorneys for Plaintiffs

By: s/ Brent R. Cole, Esq.
745 West Fourth Ave., Suite 502
Anchorage, AK 99501
Phone: (907) 277-8001
Fax: (907) 277-8002
Email: cole@pobox.alaska.net
AK Bar No. 8606074


CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2006, a copy of Plaintiffs' Partial Opposition to Defendant's Motion to Amend Judgment - Federal Rule of Civil Procedure 59 was served electronically on : Carol H. Daniel, Dean Dunsmore, Heather Kendall-Miller and Anna M. Seidman, and the following parties were served by regular U.S. mail:

Eric Johnson, Esq.
Association of Village Council Presidents
P.O. Box 219
Bethel, Alaska 99519

Robert C. Erwin, Esq.
Erwin & Erwin, LLC
733 West 4th Avenue, Ste. 302
Anchorage, Alaska 501

Richard M. Parsons
Safari Club International
501 2nd Street NE
Washington, D.C. 20002


By: s/ Brent R. Cole, Esq.


Plaintiffs' Partial Opp to Defendants' Motion to Amend Judgment
Safari Club International et. al. v. Demientieff et. al., Case No. A98-414 CV (HRH)
Page 8 of 8