Brent R. Cole, Esq.
MARSTON & COLE, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, AK  99501
907-277-8001

Anna M. Seidman, Esq.
SAFARI CLUB INTERNATIONAL
501 2nd Street, N.E.
Washington, D.C.  20002
202-543-8733
aseidman@sci-dc.org

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, et al.  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | |
| ) | |
| MITCH DEMIENTIEFF, Chairman,  ) | Case No. A98-414 CV(HRH) |
| FEDERAL SUBSISTENCE BOARD, et al.  ) | |
| Defendants,  ) | |
| ) | |
| and  ) | |
| ) | |
| VENETIE et al.  ) | |
| ) | |
| Defendant-Intervenors.  ) | |

**Plaintiffs' Request for Oral Argument and/or a Conference on Plaintiffs' Motion for Reconsideration, Clarification and/Or Amendment of Order Entered June 12, 2006 and Defendants' Motion for Reconsideration – Federal Rule of Civil Procedure 59**

Plaintiffs, Safari Club International et al., in accordance with Alaska Local Rule 7.2(a), hereby ask this Court to set a hearing to allow for oral argument and/or to schedule a conference between the parties to address Plaintiffs' Motion for Reconsideration, Clarification and/or Amendment of Order Entered June 12, 2006 (Docket Entry No. 271) and Defendants' Motion for Reconsideration – Federal Rule of Civil Procedure 59 (Docket Entry No. 275). Plaintiffs' and Defendants' motions reveal that the parties to this action have different opinions as well as many questions and concerns about the meaning of and ramifications of the June 12, 2006 Order as well as the Judgment entered by this Court on June 20, 2006 (Docket Entry No. 273). It is possible that at least some of these questions and concerns might best be resolved through an open, oral exchange rather than by the myriad motions, responses, oppositions and replies that the parties have filed since this Court first issued its June 12, 2006 Order (Docket Entry No. 269).

Should this Court grant Plaintiffs' request for oral argument and/or should the court schedule a conference between the parties, Plaintiffs respectfully request that their counsel, Anna M. Seidman, be granted leave to participate by telephone.

WHEREFORE, Plaintiffs respectfully request that this Court schedule an oral argument and/or a conference for the resolution of the outstanding motions for reconsideration in this matter.

DATED this 19th day of July, 2006, at Anchorage, Alaska.

                          MARSTON & COLE, P.C.
                          Attorneys for Plaintiffs


                By: s/ Brent R. Cole, Esq.
                    745 West Fourth Ave., Suite 502
                    Anchorage, AK 99501
                    Phone: (907) 277-8001
                    Fax: (907) 277-8002
                    Email: cole@pobox.alaska.net
                    AK Bar No. 8606074


## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006, a copy of the foregoing Plaintiffs' Request for Oral Argument was served electronically on : Carol H. Daniel, Dean Dunsmore, Heather Kendall-Miller and Anna M. Seidman, and the following parties were served by regular U.S. mail:

Eric Johnson, Esq.
Association of Village Council Presidents
P.O. Box 219
Bethel, Alaska 99519

Robert C. Erwin, Esq.
Erwin & Erwin, LLC
733 West 4th Avenue, Ste. 302
Anchorage, Alaska 99501

Richard M. Parsons
Safari Club International
501 2nd Street NE
Washington, D.C. 20002


By: s/ Brent R. Cole, Esq.

Plaintiffs' Request for Oral Argument
Safari Club International et. al. v. . Demientieff et. al., Case No. A98-414 CV (HRH)
Page                                                                                 3