Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 "L" Street, Suite 505
Anchorage, Alaska 99501-3657
Tel: (907) 276-0680
Fax: (907) 276-2466
Email: kendall@narf.org

Attorneys for Defendant-Intervenors

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MITCH DEMIENTIEFF, Chairman, ) <br> Federal Subsistence Board, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> NATIVE VILLAGE OF VENETIE TRIBAL ) <br> GOVERNMENT, *et al.* ) <br> ) <br> Defendant-Intervenors. ) <br> _____) | No. A98-0414-CV (HRH) <br> Filed Electronically |

## NOTICE OF TERMINATION OF
## ATTORNEY ERIC JOHNSON FROM SERVICE LIST

Notice is hereby given to the court that Eric Johnson is deceased and no longer employed as an attorney with the Native American Rights Fund and should be terminated from the case and removed from the service list.

Respectfully submitted this 10th day of August, 2006.

    s/ Heather Kendall Miller
    Heather R. Kendall-Miller (AK Bar # 9211084)
    NATIVE AMERICAN RIGHTS FUND
    420 L Street, Suite 505
    Anchorage, Alaska 99501
    Tel: (907) 276-0680
    Fax: (907) 276-2466
    Email: kendall@narf.org
    Attorney for Defendant-Intervenors

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2006, a copy of foregoing **NOTICE OF TERMINATION OF ATTORNEY ERIC JOHNSON FROM SERVICE LIST** was served electronically on:

Dean K. Dunsmore
Brent R. Cole
Anna M. Seidman
Carol H. Daniel

s/ Heather Kendall Miller