DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Tel: (907)271-5452
Fax: (907)271-5827
Email: dean.dunsmore@usdoj.gov
Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ALASKA CHAPTER OF SAFARI CLUB INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL FLEAGLE, Chairman,[1]/ FEDERAL SUBSISTENCE BOARD, et al.,<br><br>Defendants. | Case No. 3:98-cv-00414-HRH<br><br>DEFENDANTS' NOTICE OF APPEAL |

Defendants, Michael Fleagle, Chairman Federal Subsistence Board; Dirk Kempthorne, Secretary of the Interior; and Mike Johanns, Secretary of Agriculture; hereby appeal from the Amended Judgment in a Civil Case (Docket Entry No. 300) filed August 8, 2006, and Amended Order Motion for Summary Judgment (Docket Entry No. 299) filed August 8, 2006.

---

[1]/  Substituted pursuant to Fed. R. Civ. P. 25(d) for the former Chairman Mitch Demientieff.

REPRESENTATION STATEMENT

Defendants Michael Fleagle, Chairman Federal Subsistence Board; Dirk Kempthorne, Secretary of the Interior; and Mike Johanns, Secretary of Agriculture; are represented by:

Dean K. Dunsmore
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907)271-5452
Facsimile: (907)271-5827; and

Lane McFadden
Department of Justice
Environment & Natural Resources Section
Appellate Section
P.O. Box 23975
L'Enfant Plaza Station
Washington, D.C. 20026-3795
202-353-9022
Facsimile: 202-353-1873
Email: lane.mcfadden@usdoj.gov

Plaintiffs Safari Club International, Alaska Chapter of Safari Club International, Alaska's Kenai Peninsula Chapter of Safari Club International, Kenai Peninsula Outdoors Council, and Jerry Jacques are represented by:

Anna M. Seidman
Safari Club International
501 2nd Street, N.E.
Washington, D.C. 20002
Telephone: 202-543-8733
Email: aseidman@sci-dc.org,and

Brent R. Cole
Marston & Cole, PC
745 West Fourth Avenue
Anchorage, AK 99501
Telephone: 907-277-8001
Email: cole@pobox.alaska.net

Intervenors Native Village of Venetie Tribal Government, Gideon James, Ninilchik Traditional Council, Alakanuk Traditional Council,

and Nunam Iqua Traditional Council are represented by:

Heather Kendall Miller
Native American Rights Fund
420 "L" Street, Suite 505
Anchorage, AK 99501-3657
Telephone: 907-276-0680
Facsimile: 907-276-2466
Email: kendall@narf.org

DATED this 10th day of October 2006.

/s/ Dean K. Dusnmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of October 2006 a copy of the foregoing DEFENDANTS' NOTICE OF APPEAL with Representative Statement and the Civil Appeals Docketing Statement were served electronically on:

Brent R. Cole
Anna M. Seidman
Heather Kendall-Miller


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE