

| Form 6. Civil Appeals Docketing Statement | USCA DOCKET # (IF KNOWN) |
|---|---|

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL:<br><br>Attached | DISTRICT: Anchorage          JUDGE:  Holland |
|---|---|
| | DISTRICT COURT NUMBER:   3:98-CV-00414 HRH |
| | DATE NOTICE OF APPEAL FILED:  10/10/06     IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:** Cross-Claim by intervenors challenged rule issued by Secretaries of Interior & Agriculture regarding representational balance on Regional Advisory Councils established in implementation of 16 U.S.C. §§ 3113-3114. Dist. Ct. invalidated rule, enjoined its application & orders further administrative proceeding.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:** Validity of regulation, 36 C.F.R.§242.11(b) & 50 C.F.R. § 100.11(b)

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐  Possibility of settlement

☐  Likelihood that intervening precedent will control outcome of appeal

☒  Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _Notices of_ _Appeal is protective in nature, pending decision of Solicitor General._

☐  Any other information relevant to the inclusion of this case in the Mediation Program _____

☐  Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

Effective 7/1/2000

# LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |

| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
|---|---|---|---|
| ☐ FEDERAL QUESTION | ☐ FINAL DECISION OF DISTRICT COURT | ☐ DEFAULT JUDGMENT | ☐ DAMAGES: SOUGHT $_____ AWARDED $_____ |
| ☐ DIVERSITY | ☒ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | ☐ DISMISSAL/JURISDICTION | |
| | | ☐ DISMISSAL/MERITS | ☐ INJUNCTIONS: |
| ☒ OTHER (SPECIFY): 28 U.S.C. § 1292(a)(1) | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | ☐ SUMMARY JUDGMENT | ☐ PRELIMINARY |
| | | ☐ JUDGMENT/COURT DECISION | ☐ PERMANENT |
| | | ☐ JUDGMENT/JURY VERDICT | ☐ GRANTED |
| | | ☐ DECLARATORY JUDGMENT | ☐ DENIED |
| | ☐ OTHER (SPECIFY): | ☐ JUDGMENT AS A MATTER OF LAW | ☐ ATTORNEY FEES: SOUGHT $_____ AWARDED $_____ |
| | | ☒ OTHER (SPECIFY): Declaratory judgment & injunction granted on motion for summary judgment | ☐ PENDING |
| | | | ☐ COSTS: $_____ |

# CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_Dean K. Dunsmore_
Signature

_10 October 2006_
Date

# COUNSEL WHO COMPLETED THIS FORM

**NAME:** Dean K. Dunsmore

**FIRM:** Dept of Justice

**ADDRESS:** 801 B St Ste 504
Anchorage, AK 99501-3657

**E-MAIL:** dean.dunsmore@usdoj.gov

**TELEPHONE:** (907)271-5452

**FAX:** (907)271-5827

✻THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL ✻
✻IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS ✻

Effective 7/1/2000

```
SAFARI CLUB INTERNATIONAL,      )
ALASKA CHAPTER OF SAFARI CLUB   )
INTERNATIONAL, ALASKA'S KENAI   )
PENINSULA CHAPTER OF SAFARI     )
CLUB INTERNATIONAL, KENAI       )
PENINSULA OUTDOORS COALITION,   )
and JERRY JACQUES,              )
                                )
              Plaintiffs,       )
                                )
      v.                        )
                                )
MICHAEL FLEAGLE, Chairman,      )
FEDERAL SUBSISTENCE BOARD,      )
DIRK KEMPTHORNE, Secretary of   )
the Interior, MIKE JOHANNS,     )
Secretary of Agriculture,       )
[each in his official           )
capacity]                       )
                                )
              Defendants.       )
                                )
      v.                        )
                                )
NATIVE VILLAGE OF VENETIE       )
TRIBAL GOVERNMENT, GIDEON       )
JAMES, NINILCHIK TRADITIONAL    )
COUNCIL, ALAKANUK TRADITIONAL   )
COUNCIL, and NUNAM IQUA         )
TRADITIONAL COUNCIL,            )
                                )
              Intervenors &     )
      Cross-Claim Plaintiffs    )
_____    )
```