DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Tel: (907)271-5452
Fax: (907)271-5827
Email: dean.dunsmore@usdoj.gov
Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ALASKA CHAPTER OF SAFARI CLUB INTERNATIONAL, et al._____Plaintiffs,_____v._____MICHAEL FLEAGLE, Chairman, FEDERAL SUBSISTENCE BOARD, et al.,_____Defendants. | Case No. 3:98-cv-00414-HRH_____DEFENDANTS' NOTICE OF ADMINISTRATIVE ACTION |

Pursuant to the Amended Judgment in a Civil Case (Docket Entry No. 300) filed August 8, 2006, defendants were to "promptly undertake further administrative proceedings consistent with the court's amended order on motions for summary judgment dated August 7, 2006." Defendants give notice that on October 12, 2006, a notice was published in 71 Federal Register 60095-98 (copy attached as Exhibit 1 hereto) requesting comments and suggestions on the

membership qualifications for membership on the Regional Advisory Councils.

DATED this 16th day of October 2006.

/s/ Dean K. Dusnmore
DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of October 2006 a copy of the foregoing **Defendants' Notice of Administrative Action** was served electronically on:

Brent R. Cole
Anna M. Seidman
Heather Kendall-Miller
Carol H. Daniel


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE