Brent R. Cole, Esq. (Alaska Bar No. 8606074)
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, AK  99501
Telephone: (907) 277-8001
Facsimile:  (907) 277-8002
cole@pobox.alaska.net

Anna M. Seidman, Esq. (admitted *pro hac vice*)
Safari Club International
501 2nd Street, N.E.
Washington, D.C.  20002
Telephone: (202) 543-8733
Facsimile:  (202) 543-1205
aseidman@sci-dc.org

*Attorneys for Plaintiffs*,
*Safari Club International*, *et al.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:98-cv-00414 (HRH) |
| ) | |
| v. ) | |
| ) | **PLAINTIFFS SAFARI CLUB** |
| MICHAEL FLEAGLE, Chairman,[1] ) | **INTERNATIONAL, ET AL.'S NOTICE** |
| FEDERAL SUBSISTENCE BOARD, *et al.*, ) | **OF APPEAL** |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| NATIVE VILLAGE OF VENETIE TRIBAL ) | |
| GOVERNMENT, *et al.*, ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |

Plaintiffs Safari Club International, Alaska Chapter of Safari Club International, Alaska's

Kenai Peninsula Chapter of Safari Club International, Kenai Peninsula Outdoors Coalition, and

---

[1] Substituted pursuant to Fed. Civ. R. P. 25(d) for the former Chairman Mitch Demientieff.

Jerry Jacques hereby appeal from the Amended Judgment in a Civil Case (Docket Entry No. 300) filed August 8, 2006, and the Amended Order Motion for Summary Judgment (Docket Entry No. 299) filed August 8, 2006.

REPRESENTATIVE STATEMENT

Plaintiffs Safari Club International, Alaska Chapter of Safari Club International, Alaska's Kenai Peninsula Chapter of Safari Club International, Kenai Peninsula Outdoors Coalition, and Jerry Jacques are represented by:

Brent R. Cole, Esq. (Alaska Bar No. 8606074)
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, AK  99501
Telephone: (907) 277-8001
Facsimile:  (907) 277-8002
cole@pobox.alaska.net

and

Anna M. Seidman, Esq. (admitted *pro hac vice*)
Safari Club International
501 2nd Street, N.E.
Washington, D.C.  20002
Telephone: (202) 543-8733
Facsimile:  (202) 543-1205
aseidman@sci-dc.org

Defendants Michael Fleagle, Chairman Federal Subsistence Board; Dirk Kempthorne, Secretary of the Interior; and Mike Johanns, Secretary of Agriculture; are represented by:

Dean K. Dunsmore
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827

and

Lane McFadden
Department of Justice
Environment & Natural Resources Section
Appellate Section
P.O. Box 23975
L'Enfant Plaza Station
Washington, D.C. 20026-3795
Telephone: (202) 353-9022
Facsimile: (202) 353-1873
lane.mcfadden@usdoj.gov

      Intervenors Native Village of Venetie Tribal Government, Gideon James, Ninilchik Traditional Council, Alakanuk Traditional Council, and Nunam Iqua Traditional Council are represented by:

Heather Kendall Miller
Native American Rights Fund
420 "L" Street, Suite 505
Anchorage, AK 99501-3657
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
kendall@narf.org

      Dated this 23rd day of October 2006.

      /s/ Brent R. Cole
Brent R. Cole, Esq. (Alaska Bar No. 8606074)
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, AK 99501
Telephone: (907) 277-8001
Facsimile: (907) 277-8002
cole@pobox.alaska.net

Anna M. Seidman, Esq. (admitted *pro hac vice*)
Safari Club International
501 2nd Street, N.E.
Washington, D.C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
aseidman@sci-dc.org

*Attorneys for Plaintiffs*,
*Safari Club International*, *et al.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 23rd day of October, 2006, a copy of the foregoing PLAINTIFFS' NOTICE OF APPEAL with Representative Statement and the Civil Appeals Docketing Statement were served electronically on:

Dean K. Dunsmore
Heather Kendall-Miller

and the following parties were served by regular U.S. Mail:

Robert C. Erwin, Esq.
Erwin & Erwin, LLC
733 West 4th Ave., Suite 302
Anchorage, AK 99501

Richard M. Parsons
Safari Club International
501 2nd Street NE
Washington D.C. 20002

                                       /s/ Brent R. Cole
                                       Brent R. Cole, Esq.