

USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: Please see attached. | DISTRICT: Anchorage    JUDGE: Holland |
|---|---|
| | DISTRICT COURT NUMBER: 3:98-cv-0414 (HRH) |
| | DATE NOTICE OF APPEAL FILED: 10/23/06    IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:** In litigation over Federal Advisory Committee Act, 5 U.S.C. App. 2, compliance of Regional Advisory Councils under Alaska National Interest Land Conservation Act, 16 U.S.C. §§ 3101, et seq. ("ANILCA"), intervenors challenged Administrative Procedures Act, 5 U.S.C. § 706 (APA) compliance of regulations designed to balance council membership. District Court invalidated rule and remanded for further proceedings.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:** Validity of procedures used to adopt rule to balance Federal Regional Advisory Councils in accordance with the requirements of the Federal Advisory Committee Act, 5 U.S.C. App. 2.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):** Defendant Fleagle et al. has filed its own appeal of this same decision, on 10/10/06. Appellants SCI, et al. will seek joinder of these two appeals.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☒ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) <u>Notices given by Defendant that Defendant's appeal is protective in nature, pending decision of Solicitor General.</u>

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

**LOWER COURT INFORMATION**

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☐ FEDERAL QUESTION<br><br>☐ DIVERSITY<br><br>☒ OTHER (SPECIFY):<br>28 U.S.C. § 1292(a)(1 | ☐ FINAL DECISION OF DISTRICT COURT<br><br>☒ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br><br>☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br><br>☐ OTHER (SPECIFY): | ☐ DEFAULT JUDGMENT<br>☐ DISMISSAL/JURISDICTION<br>☐ DISMISSAL/MERITS<br>☐ SUMMARY JUDGMENT<br>☐ JUDGMENT/COURT DECISION<br>☐ JUDGMENT/JURY VERDICT<br>☐ DECLARATORY JUDGMENT<br>☐ JUDGMENT AS A MATTER OF LAW<br>☒ OTHER (SPECIFY):<br>Declaratory judgment and injunction granted on motion for summary judgment. | ☐ DAMAGES:<br>SOUGHT $_____<br>AWARDED $_____<br><br>☒ INJUNCTIONS:<br>☐ PRELIMINARY<br>☒ PERMANENT<br>☒ GRANTED<br>☐ DENIED<br><br>☐ ATTORNEY FEES:<br>SOUGHT $_____<br>AWARDED $_____<br>☐ PENDING<br>☐ COSTS: $_____ |

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**
1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_____    _____
Signature                                                          Date

## COUNSEL WHO COMPLETED THIS FORM

NAME: Brent Cole, Esq.

FIRM: Marston & Cole P.C.

ADDRESS: 745 West Fourth Avenue, Suite 502, Anchorage, AK 99501

E-MAIL: cole@pobox.alaska.net

TELEPHONE: (907) 277-8001

FAX: (907) 277-8002

✳ **THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL** ✳
✳ **IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS** ✳

```
SAFARI CLUB INTERNATIONAL,        )
ALASKA CHAPTER OF SAFARI CLUB     )
INTERNATIONAL, ALASKA'S KENAI     )
PENINSULA CHAPTER OF SAFARI       )
CLUB INTERNATIONAL, KENAI         )
PENINSULA OUTDOORS COALITION,     )
and JERRY JACQUES,                )
                                  )
              Plaintiffs,         )
                                  )
     v.                           )
                                  )
MICHAEL FLEAGLE, Chairman,        )
FEDERAL SUBSISTENCE BOARD,        )
DIRK KEMPTHORNE, Secretary of     )
the Interior, MIKE JOHANNS,       )
Secretary of Agriculture,         )
[each in his official             )
capacity]                         )
                                  )
              Defendants.         )
                                  )
     v.                           )
                                  )
NATIVE VILLAGE OF VENETIE         )
TRIBAL GOVERNMENT, GIDEON         )
JAMES, NINILCHIK TRADITIONAL      )
COUNCIL, ALAKANUK TRADITIONAL     )
COUNCIL, and NUNAM IQUA           )
TRADITIONAL COUNCIL,              )
                                  )
              Intervenors &       )
     Cross-Claim Plaintiffs       )
_____)
```