Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 "L" Street, Suite 505
Anchorage, Alaska 99501-3657
Tel: (907) 276-0680
Fax: (907) 276-2466
Email: kendall@narf.org

Attorneys for Intervenors & Cross-Claim Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* | ) | |
| | ) | No. A98-0414-CV (HRH) |
| Plaintiffs, | ) | Filed Electronically |
| | ) | |
| v. | ) | |
| | ) | |
| MICHEAL FLEAGLE, Chairman, | ) | |
| Federal Subsistence Board, *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NATIVE VILLAGE OF VENETIE TRIBAL | ) | |
| GOVERNMENT, *et al.* | ) | |
| | ) | |
| Intervenors & | ) | |
| Cross-Claim Plaintiffs. | ) | |
| _____ | ) | |

# INTERVENORS & CROSS-CLAIM PLAINTIFFS NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *ET AL.*'S NOTICE OF CROSS-APPEAL

Intervenors & Cross-Claim Plaintiffs Native Village of Venetie Tribal Government, Gideon James, Ninilchik Traditional Council, Alakanuk Traditional Council, and Nunam Iqua Traditional Council hereby cross-appeal from the Amended Judgment in a Civil Case (Docket

Entry No. 300) filed August 8, 2006, and the Amended Order Motion for Summary Judgment (Docket Entry No. 299) filed August 8, 2006.

REPRESENTATIVE STATEMENT

Intervenors & Cross-Claim Plaintiffs Native Village of Venetie Tribal Government, Gideon James, Ninilchik Traditional Council, Alakanuk Traditional Council, and Nunam Iqua Traditional Council are represented by:

Heather Kendall Miller
Native American Rights Fund
420 "L" Street, Suite 505
Anchorage, AK  99501-3657
Telephone:  (907) 276-0680
Facsimile:   (907) 276-2466
kendall@narf.org

Plaintiffs Safari Club International, Alaska Chapter of Safari Club International, Alaska's Kenai Peninsula Chapter of Safari Club International, Kenai Peninsula Outdoors Coalition, and Jerry Jacques are represented by:

Brent R. Cole, Esq. (Alaska Bar No. 8606074)
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, Ak  99501
Telephone:  (907) 277-8001
Facsimile:   (907) 277-9002
cole@pobox.alaska.net

and

Anna M. Seidman, Esq. (admitted *pro hac vice*)
Safari Club International
501 2nd Street, N.E.
Washington, D.C. 20002
Telephone:  (202) 543-8733
Facsimile:   (202) 543-1205
aseidman@sci-dc.org

Defendants Michael Fleagle, Chairman Federal Subsistence Board; Dirk Kempthorne, Secretary of the Interior; and Mike Johanns, Secretary of Agriculture; are represented by:

Dean K. Dunsmore
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Ak  99501-3657
Telephone:  (907) 271-5452
Facsimile:   (907) 271-5827
dean.dunsmore@usdoj.gov

and

Lane McFadden
Department of Justice
Environment & Natural Resources Section
Appellate Section
P.O. Box 23975
L'Enfant Plaza Station
Washington, D.C.  20026-3795
Telephone:  (202) 353-9022
Facsimile:   (202) 353-1873
lane.mcfadden@usdoj.gov

Respectfully submitted this 23rd day of October, 2006.

s/ Heather Kendall Miller
Heather R. Kendall-Miller (AK Bar # 9211084)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Tel:  (907) 276-0680
Fax: (907) 276-2466
Email: kendall@narf.org
Attorney for Intervenors & Cross-Claim Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2006, a copy of foregoing INTERVENORS & CROSS-CLAIM PLAINTIFFS NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *ET AL.*'S NOTICE OF APPEAL was served electronically on:

Dean K. Dunsmore
Brent R. Cole
Anna M. Seidman
Carol H. Daniel

And the following parties were served by regular U.S. Mail:

Robert C. Erwin
Robert C. Erwin LLC
733 W. 4th Avenue, Suite 304
Anchorage, AK 99501

Richard M. Parsons
Safari Club International
501 2nd Street NE
Washington, DC 20002

s/ Heather Kendall Miller