A-11 (rev 7/00)                                                                                    Page 1 of 2



USCA DOCKET # (IF KNOWN)

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: Attached | DISTRICT: Anchorage      JUDGE: Holland |
|---|---|
| | DISTRICT COURT NUMBER: 3:98-cv-0414 (HRH) |
| | DATE NOTICE OF APPEAL FILED: October 23, 2006 / IS THIS A CROSS-APPEAL? ☒ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**      Cross-Claim challenging Rule issued by Secretaries of Interior & Agriculture regarding representational balance on Regional Advisory Councils established in implementation of 16 U.S.C. §§ 3113-3114. Dist. Ct. invalidated rule, enjoined its application & orders further administrative proceeding.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**      Validity of regulation, 36 C.F.R. §242.11(b) & 50 C.F.R. § 100.11(b) under Alaska National Interest Land Conservation Act, 16 U.S.C. §1301, *et seq.* (ANILCA), the Administrative Procedures Act, 5 U.S.C. § 706 (APA), and the Federal Advisory Committee Act, 5 U.S.C. App. 2.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**      Defendant Fleagle *et al.* has filed its own appeal of this same decision, on 10/10/06. Intervenors, *et al.* cross-appeal the decision.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☒ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) Notices given by Defendant that Defendant's appeal is protective in nature, pending decision of Solicitor General.

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

_____

_____ ☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

### LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |

| | | | |
|---|---|---|---|
| ☐ FEDERAL QUESTION | ☐ FINAL DECISION OF DISTRICT COURT | ☐ DEFAULT JUDGMENT | ☐ DAMAGES: SOUGHT $_____ AWARDED $_____ |
| ☐ DIVERSITY | ☒ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | ☐ DISMISSAL/JURISDICTION | ☐ INJUNCTIONS: |
| ☒ OTHER (SPECIFY): 28 U.S.C. Section 1292(a)(1) | | ☐ DISMISSAL/MERITS | ☐ PRELIMINARY |
| | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | ☐ SUMMARY JUDGMENT | ☐ PERMANENT |
| | | ☐ JUDGMENT/COURT DECISION | ☐ GRANTED |
| | | ☐ JUDGMENT/JURY VERDICT | ☐ DENIED |
| | ☐ OTHER (SPECIFY): | ☐ DECLARATORY JUDGMENT | |
| | | ☐ JUDGMENT AS A MATTER OF LAW | ☐ ATTORNEY FEES: SOUGHT $_____ AWARDED $_____ |
| | | ☒ OTHER (SPECIFY) Declaratory judgment & injunction granted on motion for summary judgment. | ☐ PENDING |
| | | | ☐ COSTS: $_____ |

## CERTIFICATION OF COUNSEL

I CERTIFY THAT:

1.  COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2.  A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR RULE 3-2).

3.  A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25

4.  I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

| | |
|---|---|
| _Heather Kendall Miller_ | _10/23/06_ |
| Signature | Date |

## COUNSEL WHO COMPLETED THIS FORM

NAME:   Heather R. Kendall Miller

FIRM:   Native American Rights Fund

ADDRESS:   420 L Street, Suite 505, Anch., AK   99501

E-MAIL:   kendall@narf.org

TELEPHONE:   907-276-0680

FAX:   907-276-2466

**✻THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL✻**
**✻IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS✻**

SAFARI CLUB INTERNATIONAL,                        )
ALASKA CHAPTER OF SAFARI CLUB            )
INTERNATIONAL, ALASKA CHAPTER OF        )
SAFARI CLUB INTERNATIONAL,                     )
ALASKA'S KENAI PENINSULA CHAPTER       )
OF SAFARI CLUB INTERNATIONAL,               )
KENAI PENINSULA OUTDOORS                     )
COALITION, and JERRY JACQUES,               )
                                                                          )
                                    Plaintiffs,                        )
                    v.                                                     )
                                                                          )
MICHAEL FLEAGLE, Chairman,                      )
FEDERAL SUBSISTENCE BOARD, DIRK        )
KEMPTHORNE, Secretary of the Interior,     )
MIKE JOHANNS, Secretary of Agriculture,    )
[each in his official capacity],                        )
                                                                          )
                                    Defendants,                     )
                                                                          )
            and                                                         )
                                                                          )
NATIVE VILLAGE OF VENETIE TRIBAL         )
GOVERNMENT, GIDEON JAMES,                   )
NINILCHIK TRADITIONAL COUNCIL,              )
ALAKANUK TRADITIONAL COUNCIL, and       )
NUNAM IQUA TRADITIONAL COUNCIL,          )
                                                                          )
                            Intervenors &                         )
                    Cross-Claim Plaintiffs.                      )