UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAFARI CLUB INTERNATIONAL, et al.,
    Plaintiffs,

v.

Case Number 3:98-cv-00414-HRH

MITCH DEMIENTIEFF, Chairman, Federal Subsistence Board, et al.,
    Defendants,

**AMENDED JUDGMENT IN A CIVIL CASE**

and

NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT , et al.,
    Defendant-Intervenors.

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT judgment is entered in favor of intervenors and against defendants as follows:

> The court declares that the final rule that imposed a 70/30 membership structure for the regional advisory councils is arbitrary and capricious for lack of an administrative record providing the rationale for the adoption of that final rule. However, defendants may employ the 70/30 rule for the 2006 year vacancies. As to vacancies occurring after calendar year 2006, defendants and all others acting in concert with them are enjoined and restrained from further implementation of the 70/30 final rule and regional advisory council charter provisions based thereon.

[398cv414HRH-amended-judg.wpd]{JMT2.WPT*Rev.3/03}

        Defendants shall promptly undertake further administrative proceedings consistent with the court's amended order on motion for summary judgment dated August 7, 2006.

        The court retains jurisdiction over the amended complaint in intervention. Proceedings in this case are stayed pending further administrative proceedings by defendants as prescribed by this judgment. At any time and for any appropriate reason - including the court's prohibition of the implementation of the 70/30 rule for regional advisory council membership selection after 2006 - any party may petition to have these proceedings reopened.

APPROVED:



**REDACTED SIGNATURE**

---

H. Russel Holland
United States District Judge

Date: August 8, 2006

---

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

        Ida Romack
        Ida Romack, Clerk of Court