```
            UNITED STATES
            DISTRICT COURT
             District of Alaska
             Anchorage Division

           #  00129163  -  PS
           October 23, 2006


        Code    Case #    Qty     Amount

        086900-F 98-414            255.00 CK
        086400-R 98-414            200.00 CK


        TOTAL→              455.00



        FROM: MARSTON & COLE, PC
              NOTICE OF APPEAL
              3:98-CV-00414 HRH
```