
Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 "L" Street, Suite 505
Anchorage, Alaska 99501-3657
Tel: (907) 276-0680
Fax: (907) 276-2466
Email: kendall@narf.org

Attorneys for Intervenors & Cross-Claim Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* | ) | |
| | ) | No. A98-0414-CV (HRH) |
| Plaintiffs, | ) | Filed Electronically |
| | ) | |
| v. | ) | |
| | ) | |
| MICHEAL FLEAGLE, Chairman, | ) | |
| Federal Subsistence Board, *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NATIVE VILLAGE OF VENETIE TRIBAL | ) | |
| GOVERNMENT, *et al.* | ) | |
| | ) | |
| Intervenors & | ) | |
| Cross-Claim Plaintiffs. | ) | |

## NOTICE TO COURT OF INTERVENORS & CROSS-CLAIM PLAINTIFFS NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *ET AL.*'S FILING OF TRANSCRIPTION DESIGNATION FORM 46

Intervenors & Cross-Claim Plaintiffs Native Village of Venetie Tribal Government, Gideon James, Ninilchik Traditional Council, Alakanuk Traditional Council, and Nunam Iqua Traditional Council hereby give notice to court of its filing of the Transcription Designation

Form 46 (Attachment) indicating that does not intend to designate any portion of the transcript and hereby notifies opposing counsel by copy of this notice.

Respectfully submitted this 9th day of November, 2006.

> s/ Heather Kendall Miller
> Heather R. Kendall-Miller (AK Bar # 9211084)
> NATIVE AMERICAN RIGHTS FUND
> 420 L Street, Suite 505
> Anchorage, Alaska 99501
> Tel: (907) 276-0680
> Fax: (907) 276-2466
> Email: kendall@narf.org
> Attorney for Intervenors & Cross-Claim Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2006, a copy of foregoing NOTICE OF FILING INTERVENORS & CROSS-CLAIM PLAINTIFFS NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *ET AL.*'S TRANSCRIPT DESIGNATION FORM was served electronically on:

Dean K. Dunsmore
Brent R. Cole
Anna M. Seidman
Carol H. Daniel

And the following parties were served by regular U.S. Mail:

Robert C. Erwin
Robert C. Erwin LLC
733 W. 4th Avenue, Suite 304
Anchorage, AK 99501

Richard M. Parsons
Safari Club International
501 2nd Street NE
Washington, DC 20002

s/ Heather Kendall Miller