Brent R. Cole, Esq.
MARSTON & COLE, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, AK  99501
907-277-8001

Anna M. Seidman, Esq.
SAFARI CLUB INTERNATIONAL
501 2nd Street, N.E.
Washington, D.C.  20002
202-543-8733
aseidman@sci-dc.org

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL FLEAGLE, Chairman, ) <br> FEDERAL SUBSISTENCE BOARD, *et al.* ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> NATIVE VILLAGE OF VENETIE *et al*. ) <br> ) <br> Defendant-Intervenors. ) | Case No. A98-414 CV(HRH) |

**NOTICE TO COURT OF PLAINTIFFS SAFARI CLUB INTERNATIONAL ET AL.'S FILING OF TRANSCRIPTION DESIGNATION FORM 46**

Safari Club International et. al.v. Fleagle et. al., Case No. A98-414 CV (HRH)
Notice to Court of Plaintiffs Filing of Transcription Designation Form 46

1

Plaintiffs, Safari Club International *et al*. hereby give notice to the court of its filing of the Transcription Designation Form 46, attached hereto, which indicates that Plaintiffs do not intend to designate any portion of the transcript from this matter. Plaintiffs hereby notify the opposing parties, through counsel of this notice and designation.

Dated this 13th day of November, 2006.

/s/ Brent R. Cole
Brent R. Cole, Esq. (Alaska Bar No. 8606074)
Marston & Cole, P.C.
745 West Fourth Avenue, Suite 502
Anchorage, AK  99501
Telephone: (907) 277-8001
Facsimile:  (907) 277-8002
cole@pobox.alaska.net

Anna M. Seidman, Esq. (admitted *pro hac vice*)
Safari Club International
501 2nd Street, N.E.
Washington, D.C.  20002
Telephone: (202) 543-8733
Facsimile:  (202) 543-1205
aseidman@sci-dc.org

*Attorneys for Plaintiffs*,
*Safari Club International*, *et al.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2006, a copy of the foregoing NOTICE OF FILING PLAINTIFFS TRANSCRIPT DESIGNATION FORM was served electronically on:

Dean K. Dunsmore
Heather Kendall Miller
Carol H. Daniel

Safari Club International et. al.v. Fleagle et. al., Case No. A98-414 CV (HRH)
Notice to Court of Plaintiffs Filing of Transcription Designation Form 46

2

The following party was served by hand delivery.
Richard M. Parsons

and the following party were served by regular U.S. Mail
Robert C. Erwin
Robert C. Erwin LLC
733 W. 4th Avenue
Suite 304
Anchorage, AK  99501

Safari Club International et. al.v. Fleagle et. al., Case No. A98-414 CV (HRH)
Notice to Court of Plaintiffs Filing of Transcription Designation Form 46

3