```
        UNITED STATES
        DISTRICT COURT
          District of Alaska
          Anchorage Division

       #  00129232  -  PS
        October 31, 2006

   Code    Case #    Qty      Amount

   086900-F 98-414            255.00 CK
   086400-R 98-414            200.00 CK


   TOTAL→              ~ 455.00


   FROM: NATIVE AMERICAN RIGHTS FUND
         NOTICE OF APPEAL
         3:98-CV-00414 HRH
```

to #305