UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
NOV 24 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL; et al., | Nos. 06-35966, 06-35967, 06-35968 |
| Plaintiffs - Appellees/ Cross-Appellants, | D.C. No. CV-98-00414-HRH District of Alaska, Anchorage |
| v. | |
| MICHAEL FLEAGLE, Chairman, Federal Subsistence Board; et al., | ORDER |
| Defendants - Appellants/ Cross-Appellees, | |
| and | |
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT; et al., | |
| Intervenors - Cross-Appellees/ Cross-Appellants. | |

RECEIVED
NOV 30 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appeal Nos. 06-35966, 06-35967, and 06-35968 filed on October 10, 2006 and October 23, 2006 are preliminary injunction appeals. Accordingly, Ninth Circuit Rule 3-3 shall apply.

If they have not already done so, within 7 calendar days of the filing date of this order, the federal defendants shall make arrangements to obtain from the court

S:\MOATT\Clrkords\11.06\st\06-35966.wpd

06-35966, 06-35967, 06-35968

recorder an official transcript of proceedings in the district court that will be included in the record on appeal.

The following briefing schedule governs these cross-appeals: plaintiffs' and defendants' opening briefs are due December 18, 2006; intervenors' combined answering/opening brief is due January 16, 2007 or 28 days after service of the last filed opening brief, whichever is earlier; plaintiffs' and defendants' combined reply/answering briefs are due February 13, 2007 or 28 days after service of intervenor's combined answering/opening brief, whichever is earlier; and intervenors' optional reply brief is due within 14 days after service of the last filed combined reply/answering brief.

For the Court

Stephen Tollafield
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\11.06\st\06-35966.wpd