**FILED**

DEC 20 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL; et al., | Nos. 06-35966, 06-35967, 06-35968 |
| Plaintiffs - Appellees/ Cross-Appellants, | D.C. No. CV-98-00414-HRH District of Alaska, Anchorage |
| v. | |
| MICHAEL FLEAGLE, Chairman, Federal Subsistence Board; et al., | ORDER |
| Defendants - Appellants/ Cross-Appellees, | |
| and | |
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT; et al., | |
| Intervenors - Cross-Appellees/ Cross-Appellants. | |

RECEIVED
DEC 26 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The unopposed joint motion for an extension of time to file the opening briefs is granted.

The following briefing schedule governs these cross-appeals: plaintiffs' and defendants' opening briefs are due January 17, 2007; intervenors' combined

S:\MOATT\Clrkords\12.06\st\06-35966.wpd

06-35966, 06-35967, 06-35968

answering/opening brief is due February 14, 2007 or 28 days after service of the last filed opening brief, whichever is earlier; plaintiffs' and defendants' combined reply/answering briefs are due March 14, 2007, or 28 days after service of intervenor's combined answering/opening brief, whichever is earlier; and intervenors' optional reply brief is due within 14 days after service of the last filed combined reply/answering brief.

For the Court

Stephen Tollafield
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\12.06\st\06-35966.wpd