UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 24 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL; et al., <br><br> Plaintiffs - Appellees/ Cross-Appellants, <br><br> v. <br><br> MICHAEL FLEAGLE, Chairman, Federal Subsistence Board; et al., <br><br> Defendants - Appellants/ Cross-Appellees, <br><br> and <br><br> NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT; et al., <br><br> Intervenors - Cross-Appellees/ Cross-Appellants. | Nos. 06-35966, 06-35967, 06-35968 <br><br> D.C. No. CV-98-00414-HRH District of Alaska, Anchorage <br><br> ORDER |

RECEIVED

JAN 29 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The motions for voluntary dismissal of appeal Nos. 06-35966, 06-35967, and 06-35968 are granted. These appeals are dismissed. *See* Fed. R. App. P. 42(b).

S:\MOATT\Clrkords\01.07\st\06-35966.wpd

06-35966, 06-35967, 06-35968

The certified copy of this order sent to the district court shall constitute the mandate for each of these appeals.

For the Court

*Stephen Tollafield* (signature)
Stephen Tollafield
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\01.07\st\06-35966.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 24 2007

by *[signature]*
Deputy Clerk