DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Tel: (907)271-5452
Fax: (907)271-5827
Email: dean.dunsmore@usdoj.gov
Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ALASKA CHAPTER OF SAFARI CLUB INTERNATIONAL, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>MICHAEL FLEAGLE, Chairman,[1]/ FEDERAL SUBSISTENCE BOARD, et al.,<br><br>        Defendants. | Case No. 3:98-cv-00414-HRH<br><br>DEFENDANTS' NOTICE OF ADMINISTRATIVE ACTION |

Pursuant to the Amended Judgment in a Civil Case (Docket Entry No. 300) filed August 8, 2006, defendants were to "promptly undertake further administrative proceedings consistent with the court's amended order on motions for summary judgment dated August 7, 2006." Defendants gave notice on October 12, 2006, published in 71 Federal Register 60095-98, commencing those administrative

---

[1]/  Substituted pursuant to Fed. R. Civ. P. 25(d) for the prior Chairman, Mitch Demientieff.

Safari Club v. Fleagle,
No. 3:98-cv-00414-HRH
Defs' Notice of Admin Action       -1-

proceedings. Defendants on April 10, 2008, in 73 Federal Register 19433-37, copy attached as Exhibit 1 hereto, published a final notice of completion of those proceedings and a reaffirmation of the current regulations.

DATED this 11th day of April 2008.

>/s/ Dean K. Dusnmore
>DEAN K. DUNSMORE
>DEPARTMENT OF JUSTICE
>Environment & Natural Resources Division
>801 B Street, Suite 504
>Anchorage, Alaska 99501-3657
>Telephone:(907)271-5452
>Facsimile: (907)271-5827
>Email: dean.dunsmore@usdoj.gov
>
>Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of April, 2008, a copy of the foregoing DEFENDANTS' NOTICE OF ADMINISTRATIVE ACTION together with attached exhibit was served electronically on:

Brent R. Cole
Anna M. Seidman
Heather Kendall-Miller
Carol H. Daniel


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE