DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Tel: (907)271-5452
Fax: (907)271-5827
Email: dean.dunsmore@usdoj.gov
Attorney for Defendants


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ) | |
| ALASKA CHAPTER OF SAFARI CLUB ) | Case No. 3:98-cv-00414-HRH |
| INTERNATIONAL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | DEFENDANTS' MOTION FOR |
| ) | ENTRY OF ORDER TO SHOW |
| MICHAEL FLEAGLE, Chairman, ) | CAUSE |
| FEDERAL SUBSISTENCE BOARD, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

     Defendants' Michael Fleagle, Chairman, Federal Subsistence

Board, et al., move the Court for an order requiring plaintiffs,

Safari Club International et al., and defendant-intervenors and

cross-claim plaintiffs, the Native Village of Venetie Tribal

Government  et al., to show cause: (1) why any injunction against

implementation of 36 C.F.R. § 242.11(b)(1) and 50 C.F.R. §

100.11(b)(1) should not be vacated, and (2) why a final judgment

dismissing this action in its entirety should not be entered.


Safari Club v. Fleagle
Case No. 3:98-cv-00414-HRH
Defs' Motion Order Show Cause                    -1-

In support of the above motion defendants show:

1. The Court in its Amended Order Motion for Summary Judgment (Docket Entry No. 299) and Amended Judgment in a Civil Case (Docket Entry No. 300), ordered defendants to undertake additional administrative proceedings with regard to a rule, 36 C.F.R. § 242.11(b)(1) and 50 C.F.R. § 100.11(b)(1), establishing a 70/30 membership structure for regional advisory councils, and enjoined defendants from implementing after 2006 that 70/30 final rule and advisory council charter provisions based on that rule.

2. On April 10, 2008, defendants completed the required administrative process and published a notice of its action and reaffirmation of the 70/30 representational rule. 73 Federal Register 19433-37.[1]/

3. With completion of the ordered administrative process, vacation of any injunction and entry of a final judgment dismissing this action appears appropriate. Completion of that process should

---

[1]/ Copy attached as Exhibit 1 to Defendants' Notice of Administrative Action (Docket Entry No. 317) filed April 11, 2008.

Safari Club v. Fleagle
Case No. 3:98-cv-00414-HRH
Defs' Motion Order Show Cause

also conclude any further proceedings in this action and permit

entry of judgment.

    DATED this 23rd day of May 2008.

                S/ Dean K. Dusnmore
                DEAN K. DUNSMORE
                DEPARTMENT OF JUSTICE
                Environment & Natural Resources Division
                801 B Street, Suite 504
                Anchorage, Alaska 99501-3657
                Telephone:(907)271-5452
                Facsimile: (907)271-5827
                Email: dean.dunsmore@usdoj.gov

                Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of May, 2008, a copy of the foregoing Defendants' Motion for Order to Show Cause together with a Proposed Order were served electronically on:

Brent R. Cole
Anna M. Seidman
Heather Kendall-Miller
Carol H. Daniel

Dean K. Dunsmore
DEAN K. DUNSMORE