DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ALASKA CHAPTER OF SAFARI CLUB INTERNATIONAL, ALASKA'S KENAI PENINSULA CHAPTER OF SAFARI CLUB INTERNATIONAL, et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MITCH DEMIENTIEFF, Chairman, FEDERAL SUBSISTENCE BOARD, et al.<br><br>　　　　　Defendants. | Case No. A98-0414-CV (HRH)<br><br>PROPOSED ORDER |

　　　IT IS HEREBY ORDERED that Defendants' Motion for Entry of Order to Show Cause filed May 23, 2008, is granted and

　　　IT IS FURTHER ORDERED that plaintiffs Safari Club International et al., and defendant-intervenors and cross-claim plaintiffs, Native Village of Venetie Tribal Government et al., shall within twenty-one (21) days of this order file and serve a statement showing cause: (1) why any injunction against implementation of 36 C.F.R. § 242.11(b)(1) and 50 C.F.R. § 100.11(b)(1) contained in the Amended Judgment in a Civil Action (Docket Entry No. 300) should not be vacated, and (2) why a final judgment dismissing this action in its entirety should not be

entered. Defendants Michael Fleagle et al. may within twenty-one (21) days of the filings by plaintiffs and intervenors file a response to the statements filed by those parties.

DATED this ____ day of _____.

_____
H. RUSSEL HOLLAND
United States District Judge