IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SAFARI CLUB INTERNATIONAL, et al., )
                                    )
                    Plaintiffs,     )
                                    )
    vs.                             )
                                    )
MITCH DEMIENTIEFF, Chairman, Fed-   )
eral Subsistence Board, et al.,     )
                                    )
                    Defendants,     )
                                    )
    and                             )
                                    )   No. 3:98-cv-0414-HRH
NATIVE VILLAGE OF VENETIE TRIBAL    )
GOVERNMENT, et al.,                 )
                                    )
             Defendant-Intervenors. )
_____ )

ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that defendants' Motion for Entry of Order to Show Cause filed May 23, 2008,[1] is granted, and

IT IS FURTHER ORDERED that, on or before June 20, 2008, plaintiffs Safari Club International, <u>et al.</u>, and defendant-intervenors and cross-claim plaintiffs, Native Village of Venetie Tribal Government, <u>et al.</u>, shall file and serve a statement showing cause: (1) why any injunction against implementation of 36 C.F.R. § 242.11(b)(1) and 50 C.F.R. § 100.11(b)(1) contained in the

---

[1]Docket No. 318.

Amended Judgment in a Civil Action[2] should not be vacated, and (2) why a final judgment dismissing this action in its entirety should not be entered.  On or before July 18, 2008, defendants Michael Fleagle, et al., may respond to the statements filed by plaintiffs and intervenors.

DATED at Anchorage, Alaska, this 29th day of May, 2008.

/s/ H. Russel Holland
United States District Judge

---

[2]Docket No. 300.