**UNITED STATES DISTRICT COURT**
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



Neopost
$00.420
05/30/2008
Mailed From 99513
US POSTAGE

RECEIVED
JUN 02 2008
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FORWARD TIME EXP RTN TO SEND
:ROBERT C IRWIN LLC
121 W FIREWEED LN STE 208
ANCHORAGE AK 99503-2035

RETURN TO SENDER

Robert C. Erwin
Robert C. Erwin LLC
733 W. 4th Avenue, Suite 304
Anchorage, AK 99501

Orders on Motions
3:98-cv-00414-HRH Safari Club International et al v. Michael Fleagle et al **CASE CLOSED on 08/08/2006**

**U.S. District Court**

**District of Alaska**

**RECEIVED**
JUN 0 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Notice of Electronic Filing**

The following transaction was entered on 5/30/2008 at 8:53 AM ADT and filed on 5/30/2008
**Case Name:** Safari Club International et al v. Michael Fleagle et al
**Case Number:** 3:98-cv-414
**Filer:**
**WARNING: CASE CLOSED on 08/08/2006**
**Document Number:** 320

**Docket Text:**
ORDER granting [318] Motion for Order to Show Cause. On or before 6/20/08 plaintiffs Safari Club International, et al and defendant-intervenors and cross-claim plaintiffs, Native Village of Venetie Tribal Government, et at., shall file statement showing cause and why final judgment dismissing this action should not be entered. Signed by Judge H. Russel Holland on 5/29/08.(CLW, COURT STAFF)


**3:98-cv-414 Notice has been electronically mailed to:**

Brent R. Cole    cole@pobox.alaska.net, egonzalez@marstoncole.com, kgustafson@marstoncole.com

Carol H. Daniel    cdaniel@alaska.net

Dean Dunsmore    dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Heather Kendall-Miller    Kendall@narf.org, athomas@narf.org

Anna M. Seidman    aseidman@sci-dc.org, aseidman@cox.net

**3:98-cv-414 Notice has been delivered by other means to:**

Robert C. Erwin
Robert C. Erwin LLC
733 W. 4th Avenue, Suite 304
Anchorage, AK 99501

Richard M. Parsons
Safari Club International

https://ecf.akd.circ9.dcn/cgi-bin/Dispatch.pl?989435076361227    5/30/2008

501 2nd Street NE
Washington, DC 20002

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=5/30/2008] [FileNumber=327684-0]
[08372cf1efea675aec11efbfb036325104e05db597d53febce83cf17a51129b072c9
94fc4ec74576c2c4ea0fcb11f7fabe8526ac3b9c4c9be9746df759bd264c]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SAFARI CLUB INTERNATIONAL, et al., )
                               Plaintiffs, )
    vs. )
MITCH DEMIENTIEFF, Chairman, Federal Subsistence Board, et al., )
                               Defendants, )
    and )
NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, et al., )   No. 3:98-cv-0414-HRH
                       Defendant-Intervenors. )

ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that defendants' Motion for Entry of Order to Show Cause filed May 23, 2008,[1] is granted, and

IT IS FURTHER ORDERED that, on or before June 20, 2008, plaintiffs Safari Club International, et al., and defendant-intervenors and cross-claim plaintiffs, Native Village of Venetie Tribal Government, et al., shall file and serve a statement showing cause: (1) why any injunction against implementation of 36 C.F.R. § 242.11(b)(1) and 50 C.F.R. § 100.11(b)(1) contained in the

---

[1]Docket No. 318.

- 1 -

Amended Judgment in a Civil Action[2] should not be vacated, and (2) why a final judgment dismissing this action in its entirety should not be entered. On or before July 18, 2008, defendants Michael Fleagle, et al., may respond to the statements filed by plaintiffs and intervenors.

DATED at Anchorage, Alaska, this 29th day of May, 2008.

/s/ H. Russel Holland
United States District Judge

---

[2]Docket No. 300.

- 2 -