Heather Kendall-Miller
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
(907) 276-0680


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ALASKA CHAPTER OF SAFARI CLUB INTERNATIONAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MITCH DEMIENTIEFF, Chairman, FEDERAL SUBSISTENCE BOARD, *et al.* <br> Defendants, <br><br> and <br><br> NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et. al.*, <br><br> Intervenors. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. A98-0414 CV (HRH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |


Pursuant to this Court's 5/30/2008 Order to Show Cause (Dkt. No. 320), defendant-

intervenors and cross-claim plaintiffs, Native Village of Venetie Tribal Government, *et al.*,

submit that they have no grounds to show (1) why any injunction against implementation of 36

C.F.R. § 242.11(b) (1) and C.F.R. § 100.11(b) (1) contained in the Amended Judgment in a Civil

Action[1] should not be vacated, and (2) why a final judgment dismissing this action in its entirety

should not be entered.

DATED at Anchorage, Alaska, this 3rd day of June, 2008.

Respectfully submitted,


/s/ Heather R. Kendall Miller


Certificate of Service

The undersigned hereby certifies that on June 3, 2008, a true and correct copy of the foregoing was sent via first class mail upon:

Dean Dunsmore                                          Brent Cole
Department of Justice                                  MARSTON & COLE
801 B Street, Suite 504                                745 West Fourth Avenue, Suite 502
Anchorage, AK   99501-3657                             Anchorage, AK 99501

Anna M. Seidman
2087 Kedge Drive
Vienna, VA 22181


/s/ Anne Thomas
Anne. Thomas
Legal Administrative Assistant


---

[1]Docket No. 300.

*Safari Club v. Demientieff*
No. A98-0414-CV (HRH) (D. Alaska)                      -2-