Heather Kendall-Miller
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
(907) 276-0680

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ) <br> ALASKA CHAPTER OF SAFARI CLUB ) <br> INTERNATIONAL, *et al.*, ) <br> ) <br> Plaintiffs, ) <br>   v. ) <br> ) <br> MITCH DEMIENTIEFF, Chairman, ) <br> FEDERAL SUBSISTENCE BOARD, *et al.* ) <br> Defendants, ) <br> ) <br>   and ) <br> ) <br> NATIVE VILLAGE OF VENETIE TRIBAL ) <br> GOVERNMENT, *et. al.*, ) <br> ) <br> Intervenors. ) <br> ) <br> ) | Case No. A98-0414 CV (HRH) <br><br> NOTICE OF CHANGE OF <br> ADDRESS |

TO ALL PARTIES AND THEIR ATTORNEYS

    Please take notice that Native American Rights Fund is moving their offices.  After

July 7, 2008, Native American Rights Fund new address will be as follows:

       Native American Rights Fund
       801 B Street, Suite 401
       Anchorage, Ak  99501

Phone and fax numbers, as well as e-mail addresses will stay the same.

-1-

DATED at Anchorage, Alaska, this 20th day of June, 2008.

                                              Respectfully submitted,

                                              /s/ Heather R. Kendall Miller

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of June, 2008, a copy of the foregoing Intervenor's Notice of Change of Address were served electronically pursuant to the Court's electronic filing procedures:

Brent R. Cole    cole@pobox.alaska.net, egonzalez@marstoncole.com, kgustafson@marstoncole.com

Carol H. Daniel    cdaniel@alaska.net

Dean Dunsmore    dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Anna M. Seidman    aseidman@sci-dc.org, aseidman@cox.net

Notice has been delivered by USPS to:

Robert C. Erwin
Robert C. Erwin LLC
733 W. 4th Avenue, Suite 304
Anchorage, AK 99501

Richard M. Parsons
Safari Club International
501 2nd Street NE
Washington, DC 20002

                                              /s/ Heather R. Kendall Miller