IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SAFARI CLUB INTERNATIONAL, et al.,  )
                                    )
                    Plaintiffs,     )
                                    )
    vs.                             )
                                    )
MITCH DEMIENTIEFF, Chairman, Fed-   )
eral Subsistence Board, et al.,     )
                                    )
                    Defendants,     )
                                    )
    and                             )
                                    )   No. 3:98-cv-0414-HRH
NATIVE VILLAGE OF VENETIE TRIBAL    )
GOVERNMENT, et al.,                 )
                                    )
            Defendant-Intervenors.  )
_____)

FINAL JUDGMENT

By order to show cause entered May 30, 2008,[1] the court called upon the plaintiffs and the defendant-intervenors to show cause (1) why an injunction[2] against implementation of 36 C.F.R. § 242.11(b)(1) and 50 C.F.R. § 100.11(b)(1) should not be vacated, and (2) why a final judgment dismissing this action in its entirety should not be entered. Plaintiffs and defendant-intervenors have responded,[3] and the court is satisfied that there is no just reason for delaying the conclusion of this litigation.

---

[1] Docket No. 320.

[2] See Amended Judgment in a Civil Case (Aug. 8, 2006), Docket No. 300.

[3] Docket Nos. 324 & 322.

- 1 -

It is ordered, adjudged, and decreed that the injunction against implementation of 36 C.F.R. § 242.11(b)(1) and 50 C.F.R. § 100.11(b)(1) by defendants is herewith vacated.

It is further ordered, adjudged, and decreed that, to the extent plaintiffs' amended complaint makes claims or seeks relief other than or different from that ordered by the court, plaintiffs' complaint is dismissed with prejudice.

This case is now concluded as to all claims and all parties.

DATED at Anchorage, Alaska, this <u>23rd</u> day of June, 2008.

<u>/s/ H. Russel Holland</u>
United States District Judge
