UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

US POSTAGE $00.420
06/23/2008
Mailed From 99513

Robert C. Erwin
Robert C. Erwin LLC
733 W. 4th Avenue, Suite 304
Anchorage, AK 99501

FORWARD TIME EXP RTN TO SEND
ROBERT C IRWIN LLC
121 W FIREWEED LN STE 206
ANCHORAGE AK 99503-2035

RETURN TO SENDER

## Other Orders/Judgments

<u>3:98-cv-00414-HRH Safari Club International et al v. Michael Fleagle et al</u>



### U.S. District Court

### District of Alaska

### Notice of Electronic Filing

The following transaction was entered on 6/23/2008 at 3:10 PM ADT and filed on 6/23/2008
**Case Name:**       Safari Club International et al v. Michael Fleagle et al
**Case Number:**     3:98-cv-414
**Filer:**
**WARNING: CASE CLOSED on 06/23/2008**
**Document Number:** <u>325</u>

**Docket Text:**
**FINAL JUDGMENT that inj against implementation of 36 CFR 242.11(b)(1) and 50 CFR 100.11(b)(1) by defs is vacated and that to extent plfs' amended cmplt makes clms other than that ordered by crt, plfs' cmplt dism w/prej. Signed by Judge H. Russel Holland on 6/23/08. (PRR, COURT STAFF)**


**3:98-cv-414 Notice has been electronically mailed to:**

Brent R. Cole    cole@pobox.alaska.net, egonzalez@marstoncole.com, kgustafson@marstoncole.com

Carol H. Daniel    cdaniel@alaska.net

Dean Dunsmore    dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Heather Kendall-Miller    Kendall@narf.org, athomas@narf.org

Anna M. Seidman    aseidman@sci-dc.org, aseidman@cox.net

**3:98-cv-414 Notice has been delivered by other means to:**

Robert C. Erwin
Robert C. Erwin LLC
733 W. 4th Avenue, Suite 304
Anchorage, AK 99501

Richard M. Parsons
Safari Club International
501 2nd Street NE
Washington, DC 20002

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=6/23/2008] [FileNumber=336198-0]
[ba86d38e585c1e4eb4fcc4304f75580d5a8037981a98955ac7e6a650253a44f1276d
bdd7158f04219e6d8e118ad7e851cf9ad1bf1b915752d7790855d264ab4a]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SAFARI CLUB INTERNATIONAL, et al., )
                                    )
              Plaintiffs,           )
                                    )
    vs.                             )
                                    )
MITCH DEMIENTIEFF, Chairman, Fed-   )
eral Subsistence Board, et al.,     )
                                    )
              Defendants,           )
                                    )
    and                             )
                                    )   No. 3:98-cv-0414-HRH
NATIVE VILLAGE OF VENETIE TRIBAL    )
GOVERNMENT, et al.,                 )
                                    )
              Defendant-Intervenors.)
_____)

## FINAL JUDGMENT

By order to show cause entered May 30, 2008,[1] the court called upon the plaintiffs and the defendant-intervenors to show cause (1) why an injunction[2] against implementation of 36 C.F.R. § 242.11(b)(1) and 50 C.F.R. § 100.11(b)(1) should not be vacated, and (2) why a final judgment dismissing this action in its entirety should not be entered. Plaintiffs and defendant-intervenors have responded,[3] and the court is satisfied that there is no just reason for delaying the conclusion of this litigation.

---

[1] Docket No. 320.

[2] See Amended Judgment in a Civil Case (Aug. 8, 2006), Docket No. 300.

[3] Docket Nos. 324 & 322.

- 1 -

It is ordered, adjudged, and decreed that the injunction against implementation of 36 C.F.R. § 242.11(b)(1) and 50 C.F.R. § 100.11(b)(1) by defendants is herewith vacated.

It is further ordered, adjudged, and decreed that, to the extent plaintiffs' amended complaint makes claims or seeks relief other than or different from that ordered by the court, plaintiffs' complaint is dismissed with prejudice.

This case is now concluded as to all claims and all parties.

DATED at Anchorage, Alaska, this 23rd day of June, 2008.

/s/ H. Russel Holland
United States District Judge