**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

SAFARI CLUB INTERNATIONAL, et al    v.    MICHAEL FLEAGLE, et al.

IDA ROMACK, CLERK OF COURT

DEPUTY Clerk                                            CASE NO.   3:98-cv-00414-HRH

 Pam Richter

PROCEEDINGS: **CLERK'S NOTICE**                    DATE:  September 5, 2008

RETURN OF ADMINISTRATIVE RECORD

The Administrative Record, consisting of 19 boxes, lodged on May, 3, 2005, in the above referenced case, is hereby returned to the Department of Justice at their request.

[]{ADMINRET.WPD*Rev.12/96}