UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**RECEIVED**
SEP 08 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Robert C. Erwin
Robert C. Erwin LLC
733 W. 4th Avenue, Suite 304
Anchorage, AK 99501



neopost
049J82021791
Mailed From 99513
09/05/2008
$00.420
US POSTAGE

FORWARD TIME EXP RTN TO SEND
: ROBERT C ERWIN LLC
1214 W FIREWEED LN STE 208
ANCHORAGE AK 99503-2035

RETURN TO SENDER

99501$2162 C09I
99513Ø7564



RECEIVED
SEP 0 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**Notices**
3:98-cv-00414-HRH Safari Club International et al v. Michael Fleagle et al **CASE CLOSED on 06/23/2008**

## U.S. District Court

### District of Alaska

### Notice of Electronic Filing

The following transaction was entered on 9/5/2008 at 11:45 AM ADT and filed on 9/5/2008
**Case Name:** Safari Club International et al v. Michael Fleagle et al
**Case Number:** 3:98-cv-414
**Filer:**
**WARNING: CASE CLOSED on 06/23/2008**
**Document Number:** 327

**Docket Text:**
**CLERK'S NOTICE - RETURN OF ADMINISTRATIVE RECORD; 19 boxes lodged on 5/3/05 are being returned to Dept. of Justice at their req. (PRR, COURT STAFF)**

**3:98-cv-414 Notice has been electronically mailed to:**

Brent R. Cole    cole@pobox.alaska.net, egonzalez@marstoncole.com, kgustafson@marstoncole.com

Carol H. Daniel    cdaniel@alaska.net

Dean Dunsmore    dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Heather Kendall-Miller    Kendall@narf.org, athomas@narf.org

Anna M. Seidman    aseidman@safariclub.org, aseidman@cox.net

**3:98-cv-414 Notice has been delivered by other means to:**

Robert C. Erwin
Robert C. Erwin LLC
733 W. 4th Avenue, Suite 304
Anchorage, AK 99501

Richard M. Parsons
Safari Club International
501 2nd Street NE
Washington, DC 20002

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=9/5/2008] [FileNumber=369503-0]
[6857b7b81106787a14e068889ded8cf029b91e362191eb55d3231e1f432aa6d43be29
a3a962fea71991212114601c00d5017b78a433a341bd89098555967037d]]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAFARI CLUB INTERNATIONAL, et al   v.   MICHAEL FLEAGLE, et al.

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                          CASE NO.  3:98-cv-00414-HRH

Pam Richter

PROCEEDINGS: **CLERK'S NOTICE**          DATE:  September 5, 2008

RETURN OF ADMINISTRATIVE RECORD

The Administrative Record, consisting of 19 boxes, lodged on May, 3, 2005, in the above referenced case, is hereby returned to the Department of Justice at their request.

[]{ADMINRET.WPD*Rev.12/96}